B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yang, Nancy L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4105** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3 Brookhaven Circle**<br>**South Barrington, IL**          ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yang, Nancy L** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br> _____<br>(Name of landlord that obtained judgment)<br><br> _____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                    Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Yang, Nancy L** |

### Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Nancy L Yang**

Signature of Debtor  **Nancy L Yang**

**X  August 4, 2008**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

**X  /s/ Bruce Dopke**

Signature of Attorney for Debtor(s)

**Bruce Dopke 3127052**

Printed Name of Attorney for Debtor(s)

**Bruce Dopke, Attorney at Law**

Firm Name
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**

Address

                              **Email: bruce@dopkelaw.com**
**847-524-4811  Fax: 847-524-4131**

Telephone Number
**August 4, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

</td>
<td>

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
</table>

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Nancy L Yang**

Debtor(s)

Case No.

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Nancy L Yang**
                          **Nancy L Yang**

Date:   August 4, 2008

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.

Date: _____     By     _____

Name   _____

Title   _____

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Nancy L Yang**                                                                    ,    Case No. _____

                                            Debtor                          Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 500,000.00 | | |
| B - Personal Property | Yes | 4 | 74,123.64 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 409,667.85 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 69 | | 3,266,226.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 15,014.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,348.00 |
| Total Number of Sheets of ALL Schedules | | 83 | | | |
| Total Assets | | | 574,123.64 | | |
| Total Liabilities | | | | 3,675,894.78 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Nancy L Yang**                                                                ,       Case No. _____

                                    Debtor

                                                                                                 Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Nancy L Yang**                                                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 3 Brookhaven Circle, South Barrington IL**<br><br>**Property purchased with husband as tenants in the entirety on June 22, 1998.** | **50% interest; owned as tenant in the entirety.** | - | **500,000.00** | **409,667.85** |

| | | | Sub-Total > | **500,000.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **500,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Nancy L Yang**                                                                      ,        Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Location: 3 Brookhaven Circle, South Barrington IL** | - | 53.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Chartered Bank account xxx8646, balance as of August 3, 2008.** | - | 98.78 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furnishings and household appliances described in schedule B-4, most of which were acquired during the 1990s.  The market value of these furnishings is estimated to be nominal.** **Location: 3 Brookhaven Circle, South Barrington IL** | - | 300.00 |
| | | | **Sojin 4'7" piano, serial number G023596** | - | 400.00 |
| | | | **See Schedule B-4 #2** | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | | **Wedding Ring** | - | 3,020.00 |
| | | | **See Schedule B-7 #1** | | |
| | | | **Necklace, 14k gold, 9 round bezel set diamonds. We have received two offers for this necklace from unrelated jewelers; one for $2,050 and one for $1,250.  The former is a purchase offer good through Sept. 1, 2008.** | - | 2,025.00 |

|  | Sub-Total >  | 5,896.78 |
|---|---|---|
|  | (Total of this page) |  |

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nancy L Yang**                                                    ,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Mrs. Yang owns a fur coat which was purchased ten years aga for $2,900.00. We have no idea how much the coat is worth at the present time, but we have listed the item with a value of $500.00, so that it will not be overlooked by the Trustee.** | - | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity IRA.**<br>**Fidelity Investments; P.O. Box 770001, Cincinnati, OH  45277-0003.**<br>**Value is as of July 29, 2008.**<br>**Account xxxxx5794** | - | 32,538.71 |
| | | **IRA account with Mainstay Investments.**<br>**P.O. Box 8407, Boston, MA  02266-8407**<br>**Value is as of June 30, 2008.**<br>**Account # xxxx0606** | - | 12,958.22 |
| | | **Vanguard IRA.**<br>**455 Devon Park Drive, Wayne, PA  19087-1815**<br>**Value is as of June 30, 2008.**<br>**Account # xxxxxx2355** | - | 12,839.25 |
| | | **American Century IRA.**<br>**American Century Investments, 430 West 7th Street, Kansas City, MO  64105**<br>**Value is as of June 30, 2008.**<br>**Account #xxx-xxxxx9048** | - | 5,890.68 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock in Total International Trading Co., Inc., a defunct Illinois corporation which closed in May 2007.  Stock is worthless.** | - | 0.00 |

|  | Sub-Total > | 64,726.86 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   __Nancy L Yang_____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Stock in Total Furniture and Accessories, Inc., a defunct Illinois corporation which closed in April 2007.  Stock is worthless.** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Spoiliation claim against Advantage National Bank and Rally Capital, for their destruction of computer records of Total International.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nancy L Yang**                                                                  ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Mercedes E430 4d Sedan, +95000 miles, 4.3L engine**<br><br>**Location: 3 Brookhaven Circle, South Barrington IL**<br><br>**See Schedule B-25 #1** | - | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >       3,500.00
(Total of this page)
Total >       74,123.64

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# Nancy Yang Personal Items

| | Item | Purchased Year |
|---|---|---|
| 1 | 1-king bed | 1989 |
| 2 | 1-queen bed | 1990 |
| 3 | 1-queen bed | 1998 |
| 4 | 1-dresser&mirror | 1989 |
| 5 | 1-chest | 1989 |
| 6 | 2-armoire&mirror | 1989 |
| 7 | 1-dresser&mirror | 1990 |
| 8 | 1-armoire | 1990 |
| 9 | 2-night stand | 1990 |
| 10 | 1-dresser&mirror | 1998 |
| 11 | 1-armoire | 1998 |
| 12 | 2-night stand | 1998 |
| 13 | 1 couch | 1998 |
| 14 | 1 coffee table | 1990 |
| 15 | desk & chair | 1998 |
| 16 | table & 6 chairs | 1998 |
| 18 | 2- reclaim Chair | 1998 |
| 19 | 4- bar stool | 1998 |
| 20 | entertainment center | 1990 |
| 21 | 1-set coffee/end table | 1998 |
| 22 | 4-metal chair | 1990 |
| 23 | small kitchen table | 1998 |

| 24 | metal vanity | 1998 |
|----|--------------|------|
| 25 | Tea cart | 1990 |
| 26 | TV stand | 1998 |
| 27 | mirror stand | 1998 |
| 28 | VHS | ?? |
| 29 | 2-file cabinet | 2002 |
| 30 | computer & printer | 2004 |
| 31 | 3-floor lamp | 1998 |
| 32 | 3-table lamp | 1998 |
| 33 | 2-single chair | 1990 |
| 34 | 2-kitchen stool | 1998 |
| 36 | 4-outdoor Chair | 1990 |
| 37 | 1-shelf(in garage) | 1989 |

Schedule B-4 #1

--- On **Tue, 7/29/08, alice@familypianoco.com** <*alice@familypianoco.com*> wrote:

1. From: alice@familypianoco.com <alice@familypianoco.com>
Subject: Re: Sojin
To: ~~████████████~~    *Redacted – N. Yang email address*
Date: Tuesday, July 29, 2008, 4:09 PM

Dear Nancy,

It was very nice talking to you just now.  Your Sojin grand piano is
smaller than we usually sell (4'7") - we usually only recommend pianos

over 5' long. It was manufactured in 1988 (Serial number G023596), and
is from the early years of Sojins. They were an inexpensive piano, that
tended to have quality control issues those years. It has also been
neglected (not tuned or serviced) regularly, which reduces its value as
well.

Having said that, I could offer you only $300 to $400, plus I would have

it professionally moved out of your home. If that is reasonable to you,
please let me know. It will go to a good home.

thank you again for calling Family Piano Co.

Most sincerely yours,
alice alviani
847--775-1988

Nancy total international wrote:
> No.  G023596
> Long: 56 inch
>

Schedule B-4 #2



# Wyatt Austin Jewelers

Ph: 847-985-4046    Fax: 847-985-5973

2505 West Schaumburg Road      Schaumburg, IL  60194

Toll Free: 877-985-4046    www.wyattaustin.com

February 27, 2008

Mrs. Nancy Yang
3 Brookhaven Circle
South Barrington, IL 60010

Re: Diamond ring

Dear Mrs. Yang,

After examining your diamond engagement ring described as:

containing a 1.73 ct rd brilliant center diamond approximate color and clarity I SI2 with strong yellow florescence set in an 18kt yellow gold and platinum mounting with 16 channel set princess cut diamonds and 4 straight baguettes.

My offer to purchase this ring is $3,020.00, which would be paid by our company check. This offer is valid through 2/29/2008.

If you have any further questions please call me.

Yours truly,

Jeff Milstein, President

Schedule B-7 #1

# CAR**max** APPRAISAL OFFER

**Name:** NANCY YANG
**Address:** 3 BROOKHAVEN CIR
BARRINGTON IL 60010
**Vehicle:** 1998 MERCEDES E430 4D SEDAN (no trim)
**Mileage:** 91,505   **Engine:** 4.3L
**VIN:** WDBJF70F6WA671982
**Color:** CHAMPAGNE

Sales Consultant

GIB MOORE

7128 - SCHAUMBURG, IL
Date

07/01/2008

## Features Considered

POWER LOCKS
SUNROOF
CASSETTE PLAYER
AIR CONDITIONING
REAR DEFROSTER
ABS BRAKES
DUAL POWER SEATS
POWER MIRRORS
ALLOY WHEELS
AUTOMATIC TRANSMISSION
SIDE AIRBAGS

POWER WINDOWS
AM/FM STEREO
REAR CD CHANGER
POWER STEERING
CRUISE CONTROL
LEATHER SEATS
FRONT SEAT HEATERS
AIR BAG(S)
TRACTION CONTROL

## Conditions Assessed

300971

| | | | |
|---|---|---|---|
| **Right Fender:** | Prior Paintwork | **Right Rear Door:** | Prior Paintwork |
| **Front Seats:** | Good Condition | **Rear Seats:** | Good Condition |
| **Carpet:** | Good Condition | **Transmission:** | Good Condition |
| **Engine:** | Good Condition | **Front Tires:** | Good Condition |
| **Rear Tires:** | Good Condition | **Wheels:** | Good Condition |
| **Frame:** | No Major Damage | | |

## Appraised Value

# $3,500.00

**The appraised value is valid until the close of business on 7/08/08.**

## If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $254.00

The appraised value of your vehicle is the **same at all CarMax stores** and valid for **7 days**, after which your vehicle will need to be reappraised and the **value may change.**
The appraised value assumes the condition of the vehicle does not change and that the vehicle and title meet all requirements stated in the Vehicle Purchase Agreement.

## Comments

Your Appraiser

PREVIOUSLY APPRAISED ON 4-26-08.  DON'T WAIT, HIGH FUEL PRICES CONTINUE
TO REDUCE DEMAND AND VALUE OF V8 VEHICLES.
THANKS FOR HAVING YOUR VEHICLE APPRAISED

RICK C.
- CarMax Certified Appraiser

## IMPORTANT TRANSACTION DETAILS

Any negative equity over $250 will need to be paid to
CarMax in the form of a Cashier's Check, certified
funds, or cash, unless the amount of negative equity can
be included in the amount you are financing to purchase
another vehicle from CarMax.

CarMax issues a bank draft when purchasing a vehicle
from a customer.  It must be deposited in an account.
It cannot be cashed. Banks typically place a hold on
bank drafts of up to 10 banking days. For this reason,
customers are encouraged to verify their bank's hold
policy before attempting to draw on the bank draft.

### BRING THESE ITEMS WITH YOU
WHEN YOU COME TO SELL US YOUR VEHICLE

☐ Title (if no lien on the vehicle)
☐ Valid registration
☐ Valid state-issued photo ID for all titleholders
☐ Owner's manual
☐ Keys and remote (if applicable)

**You MUST read the back of this form
before selling us your vehicle**

Schedule B-25 #1

B6C (Official Form 6C) (12/07)

.

In re   **Nancy L Yang**                                                                    ,   Case No. _____
                                             Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Location: 3 Brookhaven Circle, South Barrington IL**<br><br>**Property purchased with husband as tenants in the entirety on June 22, 1998.** | **735 ILCS 5/12-901 Property is also exempt as Entireties property under 765 ILCS 1005/1c** | **100%** | **1,000,000.00** |
| **Cash on Hand**<br>**Location: 3 Brookhaven Circle, South Barrington IL** | **735 ILCS 5/12-1001(b)** | **100%** | **53.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**American Chartered Bank account xxx8646, balance as of August 3, 2008.** | **735 ILCS 5/12-1001(b)** | **100%** | **98.78** |
| **Household Goods and Furnishings**<br>**Furnishings and household appliances described in schedule B-4, most of which were acquired during the 1990s. The market value of these furnishings is estimated to be nominal. Location: 3 Brookhaven Circle, South Barrington IL** | **735 ILCS 5/12-1001(b)** | **100%** | **300.00** |
| **Furs and Jewelry**<br>**Wedding Ring**<br><br>**See Schedule B-7 #1** | **735 ILCS 5/12-1001(b)** | **2,448.22** | **3,020.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**Fidelity IRA.**<br>**Fidelity Investments; P.O. Box 770001, Cincinnati, OH  45277-0003.**<br>**Value is as of July 29, 2008.**<br>**Account xxxxx5794** | **735 ILCS 5/12-704** | **100%** | **32,538.71** |
| **IRA account with Mainstay Investments.**<br>**P.O. Box 8407, Boston, MA  02266-8407**<br>**Value is as of June 30, 2008.**<br>**Account # xxxx0606** | **735 ILCS 5/12-704** | **100%** | **12,958.22** |
| **Vanguard IRA.**<br>**455 Devon Park Drive, Wayne, PA  19087-1815**<br>**Value is as of June 30, 2008.**<br>**Account # xxxxxxx2355** | **735 ILCS 5/12-704** | **100%** | **12,839.25** |
| **American Century IRA.**<br>**American Century Investments, 430 West 7th Street, Kansas City, MO  64105**<br>**Value is as of June 30, 2008.**<br>**Account #xxx-xxxxx9048** | **735 ILCS 5/12-704** | **100%** | **5,890.68** |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Nancy L Yang**                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 Mercedes E430 4d Sedan, +95000 miles, 4.3L engine** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,500.00** |
| | **735 ILCS 5/12-1001(b) for balance of value** | **1,100.00** | |
| **Location: 3 Brookhaven Circle, South Barrington IL** | | | |
| **See Schedule B-25 #1** | | | |

|  | Total: | 365,792.94 | 1,071,198.64 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Nancy L Yang**                                                                          ,    Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx9793** <br><br> **Wells Fargo Home Mortgage** <br> **P.O. Box 10335** <br> **Des Moines, IA 50306** | X | - | | | **May 23, 2002** <br> **First Mortgage** <br> **Location: 3 Brookhaven Circle, South Barrington IL** <br><br> **Property purchased with husband as tenants in the entirety on June 22, 1998.** | | | | | |
| | | | | | Value $              **1,000,000.00** | | | | **409,667.85** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal <br> (Total of this page) | **409,667.85** | **0.00** |
| | Total <br> (Report on Summary of Schedules) | **409,667.85** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Nancy L Yang**                                                                                                           Case No. _____
                                                                                                              ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Nancy L Yang**                                                                    ,    Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| "K" Line Logistics (U.S.A.) Inc. 265 S. PROSPECT AVE. Itasca, IL 60143 | | | | | | | | X | 208.00 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| A&A OFFICE MACHINES 545 TOLLGATE RD., SUITE A Elgin, IL 60123 | | | | | | | | X | 208.00 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| A&S Distribution Services, Inc PO BOX 1036 Charlotte, NC 28201-1036 | | | | | | | | X | 0.00 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| A.L.F. UNO S.P.A. Strada maestra d'italia  32-31016  cordi , Italy | | | | | | | | X | 0.00 |

__68__   continuation sheets attached

Subtotal<br>(Total of this page)   **416.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29444-080701    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4261**<br><br>**AAMS Merchant Services**<br>**1231 Durett Lane**<br>**Louisville, KY 40213** | - | | **prior to May 2007**<br>**Merchant Bank fees and charges.  This is a debt of Total International, and the dispute is to personal liability only.** | | | X | 1,750.12 |
| Account No.<br><br>**Accent On Decorating**<br>**500 Harverster Ct. unit #7**<br>**Wheeling, IL 60090** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 403.75 |
| Account No.<br><br>**Accord Financial, Inc.**<br>**P.O. BOX 6704**<br>**Greenville, SC 29606** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**ACCOUNTING & TAX CONSULTANTS**<br>**311 S ARLINGTON HTS RD  STE 102**<br>**Arlington Heights, IL 60005** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.  We also believe this claim was paid.** | | | X | 2,000.00 |
| Account No.<br><br>**ACME FURNITURE INDUSTRY**<br>**18895 E ARENTH AVE**<br>**City of Industry, CA 91748** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 15,041.46 |

Sheet no. __**1**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,195.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT SECURITY SERVICES, INC**<br>**P.O. BOX 371967**<br>**Pittsburgh, PA 15250-7967** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**ADVANCE UNITED EXPRESS, INC.**<br>**4997 W. PERSHING RD.**<br>**Cicero, IL 60804** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.  **xxx126-1**<br><br>**Advantage National Bank**<br>**75 E. Turner Avenue**<br>**Elk Grove Village, IL 60007** | X | - | **August 4, 2005**<br>**Guaranty of Bank Loan to Total International, Inc.**<br><br>**Dispute based on setoff for spoliation counterclaim** | | | X | 1,904,179.43 |
| Account No.<br><br>**Affordable Furniture Manuf Co.**<br>**6496 Redland Sarepta Rd.**<br>**Houlka, MS 38850** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 11,970.00 |
| Account No.<br><br>**Affordable Furniture Manuf Co.**<br>**P.O. Box 770299**<br>**Memphis, TN 38177-0299** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __**2**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,916,149.43**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                  ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 - 2007 | | | | |
| Alca Design Ltd. 70 Bartor Road Weston Ontario M9M 2G5, Canada | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| ALEXANDER PRODUCTS 1965 W. PERSHING ROAD Chicago, IL 60609 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| Alexian BrothersCorporate Health Service 25466 Network Place Chicago, IL 60673-1254 | | | Debt of Total International; disputed as to personal liability only. | | | X | 485.76 |
| Account No. | | | 2005 - 2007 | | | | |
| ALVARO QUINTERO 1177 E 98 ST APT 4F Brooklyn, NY 11236 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| American Eagles Furniture 107 Trumbull St. S-13 Elizabeth, NJ 07206 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __3___ of __68___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                485.76

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nancy L Yang_____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 5002**<br><br>**AMERICAN EXPRESS**<br>P.O. BOX 360002<br>Ft. Lauderdale, FL 33336-0002 | X | | 2005 - 2007<br>**Disputed as to personal liability only. This was a credit card in the name of Total International.** | | | X | 104,474.06 |
| Account No. **xxxx xxxx xxxx 4005**<br><br>**American Express**<br>Box 0001<br>Los Angeles, CA 90096-0001 | - | | prior to May 2007<br>**Primarily charges to pay expenses of Total International.** | | | | 81,805.94 |
| Account No. **xxxx xxxx xxxx 1003**<br><br>**American Express**<br>Box 0001<br>Los Angeles, CA 90096-0001 | - | | unknown<br>**We do not believe there is a balance on this card, but are scheduling it just in case there is.** | | | X | 0.00 |
| Account No.<br><br>**AMERICAN FURNITURE MANUFACTURING, INC**<br>P.O. Box 974223<br>Dallas, TX 75397-4223 | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**American Lighting**<br>800A  Iowa Ave<br>Riverside, CA 92507 | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 10,009.59 |

| | |
|---|---|
| Sheet no. __4__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   196,289.59 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                          ,                    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AMERICAN MIRROR COMPANY, INC**<br>**P.O. BOX 1277**<br>**Galax, VA 24333** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to**<br>**personal liability only.** | | | X | **3,046.02** |
| Account No.<br><br>**American Overhead Door Inc.**<br>**2125 Hammond Drive**<br>**Schaumburg, IL 60173** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to**<br>**personal liability only.** | | | X | **0.00** |
| Account No.<br><br>**Amini Innovation, Corp.**<br>**8725 Rex Road**<br>**Pico Rivera, CA 90660** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to**<br>**personal liability only.** | | | X | **0.00** |
| Account No.<br><br>**Anthony of California, Inc.**<br>**4980 Eucalyptus Ave.**<br>**Chino, CA 91710** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to**<br>**personal liability only.** | | | X | **0.00** |
| Account No.<br><br>**Apex Maritime Co. (ORD) Inc.**<br>**846 Foster Ave**<br>**Bensenville, IL 60106** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to**<br>**personal liability only.** | | | X | **14,682.08** |

Sheet no. __5__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **17,728.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ASHLEY FURNITURE INDUSTRIES PO BOX 59665 Milwaukee, WI 53259-0665** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 36,754.21 |
| Account No. <br><br> **Asia Direct Home Products, Inc. 7261 E. Slauson Ave. Commerce, CA 90040** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 14,539.75 |
| Account No. <br><br> **Atlantis Int'l Trading Co. Ltd 365 Patton Drive Atlanta, GA 30336** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **ATLAS LIFT TRUCK 5050 N. RIVER ROAD Schiller Park, IL 60176** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 4,747.67 |
| Account No. <br><br> **Averitt Express Inc. PO BOX 3145 Cookeville, TN 38502-3145** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __**6**___ of __**68**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **56,041.63**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang** ,                         Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Azura <br>1029 boul. des Entreprises Ouest <br>Terrebonne <br>Quebec J6Y 1V2, Canada** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | **5,124.74** |
| Account No. <br><br>**B&A PLUMBING, INC. <br>946 W. Estes Court <br>Schaumburg, IL 60193** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |
| Account No. **xxxx xxxx xxxx 7438** <br><br>**Bank Of America <br>P.O.BOX 60073 <br>City of Industry, CA 91716-0073** | | | | **prior to May 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | **22,886.17** |
| Account No. **xxxx xxxx xxxx 4261** <br><br>**Bank of America <br>c/o ARSI <br>555 St. Charles Drive, Ste. 100 <br>Thousand Oaks, CA 91360** | - | | | **prior to May 2007** <br>**Claim under a credit card jointly in the name of "Trend Furniture".  Personal liability disputed** | | | X | **1,883.90** |
| Account No. <br><br>**BANK ONE <br>P.O. BOX 15153 <br>Wilmington, DE 19886-5153** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |

Sheet no. __7__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,894.81**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **BASSETT MIRROR CO.,INC PO BOX 60756 Charlotte, NC 28260** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 2,008.53 |
| Account No. **BAX GLOBAL DEPT. CH 10391 Palatine, IL 60055-0391** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **BEAU LEVINE ENT. 41500 BELLRIDGE BLVD  APT 223 Belleville, MI 48111** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 198.00 |
| Account No. **BEKINS VAN LINES 135 S. LaSalle, Dept. 1701 Chicago, IL 60674-1701** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **BELL PAPER PRODUCTS CO. 801-C Chase Ave. Elk Grove, IL 60007-4836** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 448.56 |

Sheet no. __8__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,655.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____ ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **BILL'S AUTO & TRUCK REPAIR** **1216 RAND ROAD** **Des Plaines, IL 60016** | | | | | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **Blazing Needles L.P.** **401 N Beach Street** **Fort Worth, TX 76111** | | | | | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **Branch Banking & Trust Company** **P.O. Box 890011** **Charlotte, NC 28289-0011** | | | | | | | X | 688.78 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **BRASSOM INT'L (H.K.) CO.** **NO. 131  SUNG CHIANG RD** **Room #802** **8FL** **Taipei, Taiwan 000 ROC** | | | | | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **Broyhill Furniture Industries, Inc** **P.O.BOX 536753** **Atlanta, GA 30353-6753** | | | | | | | X | 0.00 |

Sheet no. __**9**___ of __**68**___ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        **688.78**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re  **Nancy L Yang**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | W J | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Bush Furniture** One Mason Drive  P.O. Box 460 Jamestown, NY 14702-0460 | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **C.H.  ROBINSON WORLDWIDE, INC** PO BOX 9121 Minneapolis, MN 55480-9121 | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 9,938.40 |
| Account No. **Caldwell Freight Lines, Inc** P.O. Box 1950 Lenoir, NC 28645 | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 226.00 |
| Account No. **Casanova Corp.** 110-40 Dunkirk Street Jamaica, NY 11412 | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **CDS MOVING EQUIPMENT** 375 W. Manville St. Compton, CA 90220 | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __**10**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,164.40**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Nancy L Yang**_____,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CDS MOVING EQUIPMENT INC**<br>**700 PRATT BLVD**<br>**Elk Grove, IL 60007** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br>0.00 |
| Account No. <br><br>**CELLI TRUCK CENTER**<br>**PO Box 2257**<br>**Decatur, Alberta T2C 4N1 35609-2257** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br>0.00 |
| Account No. **xxxx xxxx xxxx 5914**<br><br>**CHASE Bank USA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | X - | | **prior to May 2007**<br>**Charges used to pay expenses of Total International.  Disputed as to personal liability only.** | | | X | <br><br>83,298.00 |
| Account No. **xxxx xxxx xxxx 5395**<br><br>**CHASE Bank USA**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | X - | | **prior to May 2007**<br>**Charges used to pay expenses of Total International.  Disputed as to personal liability only.** | | | X | <br><br>41,605.00 |
| Account No. **xxxx xxxx xxxx 5539**<br><br>**CHASE Bank USA**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | - | | **prior to May 2007**<br>**Personal credit card primarily used to pay expenses of Total International.** | | | | <br><br>33,377.00 |

Sheet no. __**11**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **158,280.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                    ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 3799**<br><br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | X | | prior to May 2007<br>**Personal credit card used primarily to pay expenses of Total International.** | | | | 13,955.00 |
| Account No. **xxxx xxxx xxxx 0247**<br><br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | X - | | prior to May 2007<br>**Personal credit card primarily used to pay expenses of Total International.** | | | | 18,026.00 |
| Account No. **xxxx xxxx xxxx 9144**<br><br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | X - | | prior to May 2007<br>**Card used to pay expenses of Total International.  Disputed as to personal liability only.** | | | X | 57,261.00 |
| Account No.<br><br>**CHICAGO CHINESE NEWS**<br>**PO BOX 6309**<br>**The Lakes, NV 88901-6309** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**CHICAGO INDUSTRIAL TIRE**<br>**447 S. County Line Rd.**<br>**Franklin Park, IL 60131** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 103.70 |

Sheet no. __**12**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**89,345.70**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang**                                                  ,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **CHICAGO TRIBUNE** P.O. BOX 6315 Chicago, IL 60680 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **China Shipping Container LIne** 111 West Ocean Blvd, Suite 1700 Long Beach, CA 90802 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **CHOICE LITHOGRAPHICS** 13363 MOLETTE STREET Santa Fe Springs, CA 90670 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 8,600.00 |
| Account No. **CINGULAR WIRELESS** P.O. BOX 6428 Carol Stream, IL 60197-6428 | | | | 2005 - 2007 Cell phone service used in business of Total International. | | | | 439.86 |
| Account No. **CIT GROUP/ MASTER DESIGN** 11 West 42nd Street New York, NY 10036 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 22,977.47 |

Sheet no. __13__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,017.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                                 ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5306**<br><br>**Citi Aadvantage World<br>Box 6000<br>The Lakes, NV 89163-6000** | | | **prior to May 2007**<br>**Personal credit card used to pay expenses of Total International.** | | | X | 19,578.42 |
| Account No. **xxxx xxxx xxxx 0890**<br><br>**Citi Cards CBSDNA<br>c/o Citi Corp<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500** | | | **prior to May 2007**<br>**Personal credit card used to pay expenses of Total International.** | | | | 6,582.00 |
| Account No. **xxxx xxxx xxxx 1606**<br><br>**Citi Cards CBSDNA<br>c/o Citi Corp<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500** | | | **prior to May 2007**<br>**Personal credit card used to pay expenses of Total International.** | | | | 30,971.00 |
| Account No. **xxxxxxxxxxx 6114**<br><br>**Citi Cards CBSDNA<br>c/o Citi Corp<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500** | | | **prior to May 2007**<br>**Personal credit card used to pay expenses of Total International.** | | | | 31,207.00 |
| Account No. **xxxx xxxx xxxx 4276**<br><br>**Citibank S.D.<br>4500 New Linden Hill Road<br>Wilmington, DE 19808-2922** | | | **prior to May 2007**<br>**Personal credit card used to pay expenses of Total International.** | | | | 35,168.00 |

Sheet no. __14__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,506.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 7915** | | | **prior to May 2007**<br>**Corporate card used primarily to pay business expenses of Total International.  Disputed as to personal liability only.** | | | | |
| **CitiBusiness**<br>P.O. Box 44180<br>Jacksonville, FL 32231-4180 | - | | | | | X | |
| | | | | | | | 24,964.72 |
| Account No. | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | | |
| **CLEMENTS REALTY**<br>**3031 SOUTH MAIN STREET**<br>**High Point, NC 27263** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | | |
| **CNA INSURANCE**<br>**P.O. BOX 946220**<br>**Maitland, FL 32794-6220** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | | |
| **COLLEZIONE EUROPA U.S.A. INC**<br>**145 CEDAR LANE  STE 200**<br>**Englewood, NJ 07631** | | | | | | X | |
| | | | | | | | 8,155.86 |
| Account No. | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | | |
| **COMED**<br>**BILL PAYMENT CENTER**<br>**Chicago, IL 60668-0001** | | | | | | X | |
| | | | | | | | 1,326.76 |

Sheet no. __**15**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,447.34

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                    ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Command Transportation, LLC** <br> **2633 Paysphere Circle** <br> **Chicago, IL 60674** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **COMMERCIAL CLEANSER CO** <br> **3920 WESLEY TERRACE** <br> **Schiller Park, IL 60176** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 396.19 |
| Account No. <br><br> **CON-WAY TRANSPORTATION SERVICES INC** <br> **135 S LASALLE,DEPT. 2493** <br> **Chicago, IL 60674-2493** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Concordia Furniture** <br> **11000 Parkway** <br> **Anjou** <br> **Quebec H1J 1R6, Canada** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **CORINTHIAN INC.** <br> **P.O. BOX 1918** <br> **Corinth, MS 38835-1918** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 15,689.96 |

Sheet no. __16__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,086.15

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CORPORATE DATA SYSTEMS** <br> **P.O.BOX 6574** <br> **Woodland Hills, CA 91365** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br> **0.00** |
| Account No. <br><br> **CORPORATE IMAGES** <br> **2252 190th Street** <br> **Surrey** <br> **BC V3S 3W7, Canada** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br> **0.00** |
| Account No. <br><br> **Corsicana Bedding, Inc** <br> **P.O.BOX 1050** <br> **Corsicana, TX 75151** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br> **4,660.30** |
| Account No. <br><br> **CRAMCO, INC.** <br> **2200 EAST ANN STREET** <br> **Philadelphia, PA 19134** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br> **386.61** |
| Account No. <br><br> **CUMMINS-ALLISON CORP.** <br> **P.O. BOX 339** <br> **Mt. Prospect, IL 60056** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br> **0.00** |

Sheet no. __**17**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,046.91**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Danny Rodriquez** <br> **Unknown** | - | | **May 2007** <br> **Wage claim arising when Total International payroll was dishonored.  Disputed as to personal liability only.  No known address.** | | | X | <br><br><br><br> 277.84 |
| Account No. <br><br> **DEBARTOLO SPRING LTD.** <br> **1415 WESTON ROAD** <br> **Toronto** <br> **Ontario M6M 4S3, Canada** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Defehr Furniture Company** <br> **125 Furniture Park** <br> **Winnipeg** <br> **MB $2G 1B9, Canada** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 18,235.83 |
| Account No. <br><br> **DeFehr Furniture Ltd.** <br> **PO BOX 33440** <br> **Detroit, MI 48232** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Dell Financial Services** <br> **P. O. Box 5292** <br> **Carol Stream, IL 60197-5292** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 264.57 |

Sheet no. __**18**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,778.24

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                              , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DELUXE BUSINESS CHECKS AND SOLUTIONS** P.O. BOX 742572 Cincinnati, OH 45274-2572 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **DHL EXPRESS INC.** P.O. BOX 4723 Houston, TX 77210-4723 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **DICKINSON WRIGHT PLLC** 1901 L STREET,NW, SUITE 800 Washington, DC 20036 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **DIRECT TRUCKING** 2040 N MANNHEIM RD Melrose Park, IL 60160 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **DOUBLE D EXPRESS INC** 2930 May Road Peru, IN 61354-0606 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 1,444.24 |

| | |
|---|---|
| Sheet no. __19__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 1,444.24 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Nancy L Yang_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DUN & BRADSTREET** <br> **P.O. BOX 75434** <br> **Chicago, IL 60675-5434** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> **0.00** |
| Account No. <br><br> **DYNAMIC FURNITURE CORP.** <br> **5300-61st Avenue S.E.** <br> **Calgary** <br> **Alberta T2C 4N1, Canada** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> **13,416.06** |
| Account No. <br><br> **E.D. BREIT INC** <br> **3843 GREENWOOD ST** <br> **Skokie, IL 60076** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> **0.00** |
| Account No. <br><br> **E.H. HAMILTON TRUCKING** <br> **2612 WEST MORRIS STREET** <br> **Indianapolis, IN 46221-0427** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> **0.00** |
| Account No. <br><br> **EA Logistics** <br> **PO Box 66459** <br> **Chicago, IL 60666** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> **257.48** |

Sheet no. __20__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,673.54**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                          ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 - 2007 | | | | |
| **East West Bank** **c/o Milton Greens Stars** **13828 Mountain Avenue** **City of Chino, CA 91710** | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 11,591.00 |
| Account No. | | | 2005 - 2007 | | | | |
| **Eastern Smart Furniture Sdn Bhd** **No. 24A, Lorong Rahim Kajai** **14  Taman Tun Dr Ismail  60000** **Kuala Lumpur, Malaysia** | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 2,536.67 |
| Account No. | | | 2005 - 2007 | | | | |
| **EBERHARDT & COMPANY, LTD.** **2035 S ARLINGTON HEIGHTS RD** **SUITE 117** **Arlington Heights, IL 60005** | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| **Elam Mattress** **5404 Hwy. 45 South** **Selmer, TN 38375** | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| **ELITEGEN CORP** **1300 IROQUOIS AVENUE  SUITE 115** **Naperville, IL 60563** | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 0.00 |

Sheet no. __21__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,127.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Enterprise Battery Corp 1807 W. Palm Drive Mt. Prospect, IL 60056** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **EUCLID MANAGERS 234 SPRING LAKE DR Itasca, IL 60143** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **EVERGREEN AMERICA CORPORATION 11734 SOUTH ELECTION DRIVE SUITE 150 Draper, UT 84020** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **EXCELLENT ART MANUFACTURING CORP. 172 NORTH 10 STREET Brooklyn, NY 11211** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **EXPEDITE AMERICA EXPRESS P.O.BOX 66459 O'HARE FIELD Chicago, IL 60666** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __22__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                              ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Expeditors International of Washington**<br>**849 Thomas Drive**<br>**Bensenville, IL 60106** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Expressions International**<br>**2424 Finch Avenue, West  Unit 18**<br>**Toronto**<br>**Ontario M9M 2E3, Canada** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Fabio Ridolfi Ltd.**<br>**14400 McNulty Road Suite #2**<br>**Philadelphia, PA 19154** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Fairmont Design**<br>**P.O.BOX 31001-1679**<br>**Pasadena, CA 91110-1679** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Fairmout Design**<br>**6101 Knott Ave**<br>**Buena Park, CA 90620** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 15,228.52 |

Sheet no. __23__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,228.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                            ,       Case No. _____
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **FBM Express** 55 Buck Road Huntington Valley, PA 19006 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **FD SALES** 12840 SHAWNEE RD Palos Heights, IL 60463 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **FEDEX** 2005 Corporate Plaza memphis, TN 38132 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 2,179.80 |
| Account No. **Fedex Freight East** 4103 Collection Center Drive Chicago, IL 60693 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **FRONTLINE TRANSPORTATION CO.** 1881 COMMERCE DR., SUITE 108 Elk Grove, IL 60007 | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __24__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,179.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Nancy L Yang**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Furniture Basics** <br> **17588 E. Rowland St.  Suite A-289** <br> **City of Industry, CA 91748** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **FURNITURE TODAY** <br> **PO BOX 16327** <br> **North Hollywood, CA 91615-6327** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Fuya Children Furniture (HK) Limited** <br> **The 8th Industrial Zone** <br> **jinshan mgt dis** <br> **Chashan Town** <br> **Donggu, Gunagdong, PR China** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Fy Lifestyle Inc.** <br> **FY Lifestyle Inc. MBE# 162** <br> **176-25 Union Turnpike** <br> **Fresh Meadows, NY 11366** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. **none** <br><br> **Galiant Business Solutions** <br> **1N321 Morse Street** <br> **Carol Stream, IL 60188** | - | | **March 2007** <br> **Debt of Trend Furniture, for computer IT services.  Disputed as to personal liability only.** | | | X | <br><br><br> 1,587.00 |

Sheet no. __**25**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,587.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** ,                              Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GALLA & ASSOCIATES CPAs** <br> **2035 S. Arlington Heights Road  Suite 12** <br> **Arlington Heights, IL 60005-4522** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **GENERAL DIESEL** <br> **2200 WEST HIGGINS ROAD** <br> **Elk Grove, IL 60007** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **GENERAL FURNITURE DESIGN** <br> **711 EAST 59TH STREET** <br> **Los Angeles, CA 90001** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 432.25 |
| Account No. <br><br> **Geo Logistics Americas Inc, ORD** <br> **5496 PAYSPHERE CIR** <br> **Chicago, IL 60674** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **GEORGE'S AUTOMOTIVE** <br> **540 E. ALGONQUIN ROAD** <br> **Des Plaines, IL 60016** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __26__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                432.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                              ,      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GLOBAL BRILLIANT LOGISTICS CORP. 343 N. WOOD DALE ROAD  SUITE 102 Wood Dale, IL 60191** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **GLOBALCOM INC. 4070 PAYSPHERE CIRCLE Chicago, IL 60674-0040** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **Gold Coast Freightways, Inc 12250 N. W. 28th Ave. Miami, FL 33167** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **Golden Cavalier 4628 Mission Blvd. Montclair, CA 91763** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 5,544.00 |
| Account No. **GREENGRASS FURNISHINGS, CO. 19395 E. WALNUT DR. City of Industry, CA 91748** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 1,699.00 |

Sheet no. __27__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  7,243.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GUANGZHOU MODERN HOME FURNITURE**<br>**NO 31, RENHE AVE.  RENHE TOWN**<br>**BAIYUN DISTRICT**<br>**GUANGZHOU 510470, China** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 3,602.80 |
| Account No.<br><br>**HAMILTON & SPILL FURNITURE GROUP**<br>**UNIT #1,13331 VULCAN WAY**<br>**Richmond**<br>**BC V6V 1K4, Canada** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**HARRIS BANK WINNETKA**<br>**520 GREEN BAY ROAD**<br>**Winnetka, IL 60093** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**HARRIS N.A.**<br>**P.O. BOX 6201**<br>**Carol Stream, IL 60197** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**HIGDON FURNITURE COMPANY**<br>**P.O. BOX 1739**<br>**Quincy, FL 32353-1739** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 6,739.56 |

Sheet no. __28__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,342.36**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HINCKLEY SPRING WATER COMPANY** <br>P.O.BOX 660579 <br>Dallas, TX 75266-0579 | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | 78.04 |
| Account No. <br><br>**HITACHI CAPITAL AMERICA CORP.** <br>21925 NETWORK PLACE <br>Chicago, IL 60673-1219 | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | 875.59 |
| Account No. <br><br>**Holland House** <br>P.O.BOX 361390 <br>Indianapolis, IN 46235 | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | 2,245.36 |
| Account No. <br><br>**HOLLAND SPECIAL DELIVERY** <br>3068 Highland Drive <br>Hudsonville, MI 49426 | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br>**HOME BEST INT'L INC.** <br>4701 S. SANTA FE AVENUE <br>Vernon, CA 90058 | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | 620.00 |

Sheet no. __29__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,818.99

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HOME DEPOT 901 CIVIC DRIVE Niles, IL 60714** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **HOME STYLES P.O. BOX 663884 Indianapolis, IN 46266-3884** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **HSBC Business Credit (USA) Inc P.O. Box 4144 Grand Central Station New York, NY 10163** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 33,143.00 |
| Account No. **HSBC Business Credit USA Inc. Dept. 49441 Los Angeles, CA 90088** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **HUB Group Inc 33773 TREASURY CTR Chicago, IL 60694-3700** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __30__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    33,143.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**I.D.E.S.**<br>**P.O. BOX 803412**<br>**Chicago, IL 60680-3412** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**IBC CUSTOMS BROKERAGE, INC.**<br>**2571 BUSSE RD  SUITE 310**<br>**Elk Grove, IL 60007** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**ICBC LOAN INTEREST**<br>**2 N LASALLE STREET  SUITE 1803**<br>**Chicago, IL 60602** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**ID USA Furniture Distributor**<br>**6623 E. Washington Blvd**<br>**Commerce, CA 90040** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 5,212.60 |
| Account No.<br><br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**P.O. BOX  19045**<br>**Springfield, IL 62794-9045** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __**31**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,212.60**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Department of Revenue** <br> **101 W. Jefferson Street** <br> **Springfield, IL 62702** | - | | **We are scheduling this claim as a precautionary measure. We do not believe that the debtor is liable on this claim, which would arise, if at all, from Total International Trading Co.** | | | | 0.00 |
| Account No. <br><br> **ILLINOIS DEPT. OF REVENUE** <br> **P. O. BOX 88294** <br> **Chicago, IL 60680-1294** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **ILLINOIS MATERIAL HANDLING** <br> **PO BOX 68-9647** <br> **Milwaukee, WI 53268-9647** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **ILLINOIS SECRETARY OF STATE** <br> **501 S 2ND ST RM 591** <br> **Springfield, IL 62756-7200** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **ILLINOIS STATE TOLL HIGHWAY AUTHORITY** <br> **135 S. LaSalle Department 8021** <br> **Chicago, IL 60674-8021** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __32__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 - 2007 | | | | |
| Indian Reporter and World News 7008 N Western Ave Chicago, IL 60645 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| INDUSTRIAL DOOR COMPANY OF CHICAGO, INC. 2351 BRICKVALE DRIVE Elk Grove, IL 60007 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| INDUSTRIALSTAFFING SERVICES INC 1267 HAMILTON PARKWAY Itasca, IL 60143 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | - | | We are scheduling this claim as a precautionary measure.  We do not believe that the debtor has any liability on this claim, which would arise, if at all, from the operations of Total International Trading Co. | | | X | |
| Internal Revenue Service 200 W. Adams Chicago, IL 60606 | | | | | | | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| INTERNATIONAL FURNITURE CO 4825 DISTRICT BOULEVARD Vernon, CA 90058 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __**33**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang** _____ ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 - 2007 | | | | |
| JAMES A LEWIS 110 E BELOIT Salina, KS 67401 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| JAMES FRANCOEUR 8912 STEVEN DR Des Plaines, IL 60016 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| JAMES RUSSELL 620 DORRIS HTS RD Harrisburg, IL 62946 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| JAY C HOGG 1503 LAUREL Sleepy Hollow, IL 60118 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| JEFFREY A. KUBRICK 162 STRATFORD SOUTH Roslyn Heights, NY 11577 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __34__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JEWEL OSCO**<br>**1500 S LEE ST**<br>**Des Plaines, IL 60016** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Jin Ping Yang**<br>**4027 Wesley Terrace**<br>**Schiller Park, IL 60176** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**JOHN OBERMIER**<br>**230 MICHGAN**<br>**St. Joseph, MO 64504** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**JOHNSON, MORGAN & WHITE TRUST ACCOUNT**<br>**6800 BROKEN SOUND PARKWAY #201**<br>**Boca Raton, FL 33487-2788** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 60.00 |
| Account No.<br><br>**JUC OCEAN EXPRESS INC.**<br>**3380 FLAIR DRIVE  #234**<br>**El Monte, CA 91731** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __35__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      60.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang** _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> K Line Logistics INC. <br> 265 S. Prospect Ave. <br> Itasca, IL 60143 | | | 2005 - 2007 <br> Debt of Total International; disputed as to personal liability only. | | | X | 4,108.34 |
| Account No. <br><br> K.C. TRUCK & TRAILER SERVICE <br> 265 WILLE ROAD <br> Des Plaines, IL 60018 | | | 2005 - 2007 <br> Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. <br><br> KASHII INDUSTRIAL CORP. <br> No.7, Section 3 Ren-Ai Rd. <br> Tan-Tzu Hs <br> TAICHUNG, 42751, TAIWAN | | | 2005 - 2007 <br> Debt of Total International; disputed as to personal liability only. | | | X | 9,085.00 |
| Account No. <br><br> KEITH C KATSULEAS <br> 12 PEMBROKE LANE <br> Oak Brook, IL 60523 | | | 2005 - 2007 <br> Debt of Total International; disputed as to personal liability only. | | | X | 3,750.00 |
| Account No. <br><br> KEITH GEORGE <br> 16 RIVER DRIVE <br> Granite Falls, NC 28630 | | | 2005 - 2007 <br> Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __36__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **16,943.34**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang**                                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KENSINGTON FURNITURE**<br>**6496 REDLAND SARPETA ROAD**<br>**Houlka, MS 38850** | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.<br><br>**Kinwai Usa**<br>**2841 Faber St**<br>**Union City, CA 94587** | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.<br><br>**KUEHNE & NAGEL**<br>**P.O. BOX 21463**<br>**Chicago, IL 60673-1214** | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.<br><br>**L & P FINANCIAL SERVICES**<br>**C / O US BANK  P.O.  BOX 952092 -**<br>**St. Louis, MO 63195-2092** | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 1,593.52 |
| Account No.<br><br>**La Raza**<br>**PO Box 790410**<br>**St. Louis, MO 63179-0410** | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __37__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,593.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| LABOR TEMPS, INC. 2147 N. Western Ave. Chicago, IL 60647 | | | | | | | | X | 0.00 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| LARRY SPAYTH 794 BIRGHAM PLACE Lake Mary, FL 32746 | | | | | | | | X | 24.45 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| LARRY T. MOORE 793 DORGENE LANE Cincinnati, OH 45244 | | | | | | | | X | 0.00 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| Lathem Time System Co. 200 Selig Drive SW Atlanta, GA 30336 | | | | | | | | X | 0.00 |
| Account No. | | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| LENO STRACUZZI 1328 HOLBROOK ST NE Washington, DC 20002 | | | | | | | | X | 0.00 |

Sheet no. __38__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **24.45**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 - 2007 | | | | |
| LightUp America, Inc. 1310 Johnson Drive City of Industry, CA 91745 | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| Ligo Products Inc 9100 W. 191st Street Mokena, IL 60448 | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| LIN YU 3100 S MICHIGAN AVE APT 401 Chicago, IL 60616 | | | Wage claim, when bank stopped payment on payroll.  Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 1,211.76 |
| Account No. | | | 2005 - 2007 | | | | |
| LOUIS LLOYD P.O. BOX 146 Wartburg, TN 37887 | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 45.44 |
| Account No. | | | 2005 - 2007 | | | | |
| M. E. Gallery 2420 Grand Ave.  Suite B Vista, CA 92083 | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | 0.00 |

Sheet no. __**39**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,257.20

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M.A.C. FREIGHT SERVICES, INC. 599 Washington street Ishpeming, MI 49849** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **Madison Freight Systems 900 Uniek Drive Waunakee, WI 53597** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **MAGNUSSEN HOME FURNISHINGS INC PO BOX 16168 High Point, NC 27261** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 9,649.95 |
| Account No. **MAP TRANSPORTATION 2575 American Lane Elk Grove, IL 60007** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **MARATHON ASHLAND PETROLEUM LLC P.O. BOX 740109 Cincinnati, OH 45274-0109** | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __40__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    9,649.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                                                  ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**March Furniture Mfg., Inc.** <br>**Ramseur, NC 27316** | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**MARIA TAI, CPA** <br>**1048 WEST ARGYLE Street** <br>**Chicago, IL 60640** | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**MARINE TERMINALS CORPORATION** <br>**901 PORT OF TACOMA ROAD** <br>**Tacoma, WA 98421** | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**MARKET HOUSING** <br>**3031 SOUTH MAIN STREET** <br>**High Point, NC 27263** | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**MAX-WIN INTERNATIONAL INC.** <br>**5500 E. SLAUSON AVE.** <br>**Commerce, CA 90040** | | | 2005 - 2007 <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br>4,871.50 |

Sheet no. __41__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,871.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                                              , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Menards 740 EAST RAND ROAD Mount Prospect, IL 60056 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.  MERCHANDISE MART PROPERTIES INC. 305 West High St. High Point, NC 27260 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.  METRO FINANCIAL SERVICES P.O. BOX 970817 Dallas, TX 75397-0817 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.  MICHAEL JAKO 8442 W 45TH ST Lyons, IL 60534 | | | 2005 - 2007 Wage claim, arising when bank stopped payment of payroll.  Debt of Total International; disputed as to personal liability only. | | | X | 430.67 |
| Account No.  MICHAEL MACKEY 120 PUEBLO CT. Frankfort, IL 60423 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __42__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    430.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                                                  ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br>**MICHAEL MORE** <br>**560 THORNMEADOW** <br>**River Woods, IL 60015** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br><br>0.00 |
| Account No. <br><br>**MICHELS & COMPANY** <br>**2828 BUTLER AVE.** <br>**Lynwood, CA 90262-4006** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br><br>3,953.00 |
| Account No. <br><br>**Mid-America Overseas, Inc** <br>**P.O. Box 4527** <br>**Carol Stream, IL 60122** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br><br>0.00 |
| Account No. <br><br>**MID-AMERICA OVERSEAS, INC.** <br>**1151 N. Wood Dale Road** <br>**Wood Dale, IL 60191** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br><br>0.00 |
| Account No. <br><br>**MIGUEL A VELAZQUEZ** <br>**2302 N KEDVALE ST** <br>**Chicago, IL 60639** | | | | **2005 - 2007** <br>**Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br><br>0.00 |

Sheet no. __**43**__ of __**68**__ sheets attached to Schedule of                                    Subtotal | 3,953.00
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MIKE MALONE** <br> **1323 ROAD 41** <br> **Tupelo, MS 38801** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **MIRROR DYNAMICS LTD., INC** <br> **750 SOUTH 13TH STREET** <br> **Newark, NJ 07103** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **MMPI, INC.** <br> **1990 Paysphere Circle** <br> **Chicago, IL 60674-1990** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **MONARCH SPECIALITES** <br> **2328 RUE COHEN ST.** <br> **Ville St-Laurent** <br> **Quebec H4R 2N8, Canada** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 5,750.00 |
| Account No. <br><br> **Mubleria Rodriguez** <br> **1916 N. Whipple** <br> **Chicago, IL 60647** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 578.91 |

Sheet no. __44__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,328.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang**                                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Najarian Furniture Co., LA<br>17560 E. Rowland St.<br>City of Industry, CA 91748 | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 5,258.00 |
| Account No.<br><br>NATIONAL SCALE INC./<br>INDEPENDENT DEALER/<br>1099 BROWN STREET  UNIT 206<br>Wauconda, IL 60084 | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.<br><br>NATIONAL XPRESS LOGISTICS<br>222 SOUTH EASTON RD<br>Glenside, PA 19001 | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. xxxxx3009<br><br>NCO Financial Systems, Inc.<br>P.O. Box 4909<br>Dept. 22<br>Trenton, NJ 08650-4909 | - | | prior to May 2007<br>purchased claim of AT&T against Total International; assertion of personal liability is disputed | | | X | 1,392.44 |
| Account No.<br><br>NELSON WESTERBERG OF IL, INC.<br>75 REMITTANCE DR., STE. 1200<br>Chicago, IL 60675-1200 | | | 2005 - 2007<br>Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __45__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,650.44

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Nancy L Yang**_____,                Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NEW HAVEN MOVING EQUIPMENT**<br>**1110 WEST FULLERTON AVE**<br>**Addison, IL 60101** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**NEWTON TRANSPORATION COMPANY, INC.**<br>**P.O. BOX 649**<br>**Hudson, NC 28638** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**NEXTEL COMMUNICATIONS**<br>**P.O. BOX 4191**<br>**Carol Stream, IL 60197-4191** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**NICE GUYS TRUCKING, INC.**<br>**P.O.BOX 453**<br>**Medinah, IL 60157-0453** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**NICOR GAS**<br>**PO BOX 310**<br>**Aurora, IL 60507-0310** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 18,031.27 |

Sheet no. __**46**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

**18,031.27**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang**                                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Nolan Garza** **Unknown** | - | | | May 2007 **Wage claim arising when Total International payroll was dishonored by Bank.  No known address.** | | | | 108.00 |
| Account No. **NOOR DISTRIBUTION** **5921 W. ROOSEVELT RD.** **Cicero, IL 60804** | | | | 2005 - 2007 **Debt of Total International; disputed as to personal liability only.** | | | X | 3,096.00 |
| Account No. xxxxxxxxxxxx2163 **Nordstrom Bank** **P.O. Box 79137** **Phoenix, AZ 85062-9137** | - | | | 2008 and prior **Personal charges, ending in May of 2008.** | | | | 2,062.30 |
| Account No. **NORTHWEST MACK** **10328 BELLE PLAINE AVENUE** **Schiller Park, IL 60176-1899** | | | | 2005 - 2007 **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. **O'SULLIVAN INDUSTRIES** **P.O.BOX 30112** **New York, NY 10087-0112** | | | | 2005 - 2007 **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __47__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,266.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Oakdale Decor Inc.**<br>**375 Canarctic Dr.,**<br>**Toronto**<br>**Ontario M3J 2P9, Canada** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Occupational Safety and Health**<br>**365 Smoke Tree Plaza**<br>**North Aurora, IL 60542** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**OEC Shipping Los Angeles Inc.**<br>**5777 W Century BLVD suite#750**<br>**Los Angeles, CA 90045** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**OFFICE DEPOT**<br>**1670 LANDMEIER ROAD**<br>**Elk Grove, IL 60007** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**OFFICE MAX 203**<br>**1450 EAST GOLF ROAD**<br>**Schaumburg, IL 60173** | | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __**48**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**OFFICE MAX INC**<br>**4747 NORTH HARLEM AVE**<br>**Harwood Heights, IL 60656** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br>**OFFICEMAX    #552**<br>**300 BUSSE RD**<br>**Elk Grove, IL 60007** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br>**OIKIA LLC**<br>**10871 NW 52nd Street, Unit 5**<br>**Sunrise, FL 33351** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br>**OIKIA, NEW JERSEY**<br>**8 Elkins Road**<br>**East Brunswick, NJ 08816** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br>**ONTRACK DATA RECOVERY INC**<br>**9023 COLUMBINE ROAD**<br>**Eden Prairie, MN 55347** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __**49**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nancy L Yang_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Onyx Waste Services, Inc** <br> **8246 INNOVATION WAY** <br> **Chicago, IL 60682** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **OVERNITE TRANSPORTATION COMPANY** <br> **P.O.BOX 79755** <br> **Baltimore, MD 21279-0755** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Panalpina, Inc** <br> **800 Arthur Avenue** <br> **Elk Grove, IL 60007** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 7,419.08 |
| Account No. <br><br> **PEACE  INTERNATIONAL CORP** <br> **831 FOSTER AVE.** <br> **Bensenville, IL 60106** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **PEYYEN INTERNATIONAL CORP.** <br> **1125 E. Lanzit Ave.** <br> **Los Angeles, CA 90059** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |

Sheet no. __50__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 7,419.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **POUNDEX ASSOCIATES CORP** 21490 Baker Parkway City of Industry, CA 91789 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 5,646.00 |
| Account No. **PRICE PC** 7093 NORTH BARRY STREET Rosemont, IL 60018 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. Pricepc.com 7093 N. Barry Street Rosemont, IL 60018 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 1,245.30 |
| Account No. Prime Design 1256 ROAD 931 Tupelo, MS 38804 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **PROGRESSIVE FURNITURE** 502 Middle St. PO Box 308 Archbold, OH 43502 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 6,930.64 |

Sheet no. __51__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,821.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nancy L Yang__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2005 - 2007 | | | | |
| PROLOGIS P.O. BOX 91126 Chicago, IL 60693 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| QUILL P.O. BOX 94081 Palatine, IL 60094-4081 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| QWEXPRESS 13158 COLLECTIONS CENTER Chicago, IL 60693 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| R&L CARRIERS, INC PO BOX 713153 Columbus, OH 43271-3153 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| Rainbow Glass & Trim 31 Monaco Road Roselle, IL 60172-1956 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __52__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RELATED PRODUCTS**<br>**P.O.BOX 812**<br>**Bensenville, IL 60106-7204** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**ROADWAY EXPRESS**<br>**P. O. BOX 93151**<br>**Chicago, IL 60673** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 1,950.68 |
| Account No.<br><br>**ROMANO PRINTING COMPANY, INC.**<br>**35 BLECKE AVENUE**<br>**Addison, IL 60101** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 636.00 |
| Account No.<br><br>**ROSMAN COMPUTING**<br>**680 NORTH GREEN STREET  SUITE 708**<br>**Chicago, IL 60622** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 2,593.69 |
| Account No.<br><br>**ROYAL OFFICE PRODUCTS**<br>**P.O.BOX 2403**<br>**Bedford Park, IL 60499-2403** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __53__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,180.37**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nancy L Yang_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SAM'S CLUB** <br> **P.O. BOX 530942** <br> **Atlanta, GA 30353-0942** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |
| Account No. <br><br> **Sams Club** <br> **P.O. BOX 9001907** <br> **Louisville, KY 40290-1907** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |
| Account No. <br><br> **SANDBERG FURNITURE** <br> **File 57168** <br> **Los Angeles, CA 90074-6521** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **6,842.20** |
| Account No. <br><br> **Sangiorgio (Ideaitalia)** <br> **30 Camptown Road** <br> **Maplewood, NJ 07040** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **26,200.00** |
| Account No. <br><br> **SECRETARY OF STATE** <br> **501 S 2ND STREET** <br> **Springfield, IL 62756-5510** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |

Sheet no. __54__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,042.20**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SECRETARY OF STATE LICENSE RENEWAL** <br> **3701 WINCHESTER ROAD** <br> **Springfield, IL 62707-9700** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |
| Account No. **Furnx0007** <br><br> **Seko Worldwide, LLC** <br> **PO Box 92170** <br> **Elk Grove Village, IL 60007** | X | - | **2007** <br> **Disputed as to personal liability only. Debt of Total International** | | | X | **108,644.00** |
| Account No. <br><br> **SERA INT'L LTD.** <br> **15700 DON JULIAN RD.** <br> **City of Industry, CA 91745** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |
| Account No. <br><br> **SERVICE FIRE EQUIPMENT** <br> **1425 LOUIS AVE** <br> **Elk Grove, IL 60007** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **0.00** |
| Account No. <br><br> **Shanghai ACE Furniture Co., Ltd** <br> **109 Jiancao Road** <br> **Shanghai, 201109, China** | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | **11,648.00** |

Sheet no. __55__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,292.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Nancy L Yang**_____,   Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2005 - 2007 | | | | |
| Shayben International P.O. Box 4959 Buffalo Grove, IL 60089 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| SHELBA D JOHNSON TRUCKING, INC. P.O.BOX 33489 Charlotte, NC 28233-3489 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| SHOUNG HOU INT'L 16801-A GALE AVE. City of Industry, CA 91745 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| Shull Transport LLC 225 4th street NW Hickory, NC 28601 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| Silver Furniture Co., INC 2742 Hancock st.  P.O.BOX 3820 Knoxville, TN 37927-3820 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __**56**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                    Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 - 2007 | | | | |
| SIR SPEEDY 3941 NORTH 25TH AVENUE Schiller Park, IL 60176 | | | Debt of Total International; disputed as to personal liability only. | | | X | 507.15 |
| Account No. | | | 2005 - 2007 | | | | |
| SOUTH SHORE INDUSTRIES LTD 6168 RUE PRINCIPALE Sainte-Croix Quebec GOS 2HO, Canada | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| SOUTHERLAND, INC. PO BOX 890876 Charlotte, NC 28289-0876 | | | Debt of Total International; disputed as to personal liability only. | | | X | 5,018.00 |
| Account No. | | | 2005 - 2007 | | | | |
| SOUTHWESTERN MOTOR TRANSPORT, INC. P.O.BOX 47906 San Antonio, TX 78265-7906 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | 2005 - 2007 | | | | |
| STANDARD FURNITURE MFG. CO., INC. 801 HIGHWAY 31 SOUTH Bay Minette, AL 36507 | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __57__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    5,525.15
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **STATE FARM** P.O. BOX 680001 Dallas, TX 75368-0001 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.  **Sterling Sleep Products** 4107 W KINZIE ST Chicago, IL 60624 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.  **STEVE'S AUTO & TRUCK REPAIR** 2800 E HIGGINS RD Elk Grove, IL 60007 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No.  **Stylecraft Home Collection** P.O.BOX 74358 Cleveland, OH 44194-4358 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 1,810.09 |
| Account No.  **SURE BAGS INC.** 3250 S. KEDZIE AVE. Chicago, IL 60623 | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |

Sheet no. __58__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,810.09

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                    ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SWANEE LUMBER SALES, INC.**<br>**114 TURNER AVENUE**<br>**Elk Grove, IL 60007** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Symbol Marrress company**<br>**1100 South 12th Street**<br>**Watertown, WI 53094** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 7,258.00 |
| Account No.  424141859<br><br>**T-MOBILE**<br>**P.O. BOX 790047**<br>**Saint Louis, MO 63179-0047** | | | **2005 - 2007**<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 64.53 |
| Account No.  xxxxx9835<br><br>**T-Mobile**<br>**P.O. Box 790047**<br>**Saint Louis, MO 63179-0047** | - | | **prior to May 2007**<br>**Corporate cell phone, used in business of Total International.** | | | | 289.83 |
| Account No.<br><br>**Talan & Ktsanes**<br>**300 W. Adams**<br>**Suite 840**<br>**Chicago, IL 60606** | - | | **2007**<br>**Legal services relating to lease eviction case.**<br><br>**Disputed as to personal liability only.** | | | X | 3,933.00 |

Sheet no. __**59**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **11,545.36**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nancy L Yang** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TEC MATERIAL HANDLING CORP. 440 KAY AVENUE Addison, IL 60101-4905** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **The Bedding Group, Inc 2350 Fifth Street Rock Island, IL 61201** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **Hughes factor claim** **The CIT Group P.O. Box 1036 Charlotte, NC 28201-1036** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 14,341.00 |
| Account No. **THE CIT GROUP / EF FILE #55603 Los Angeles, CA 90074-5603** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. **The Custom Companies, Inc 317 West Lake Street Northlake, IL 60164** | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | X | 24,016.51 |

Sheet no. __60__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    38,357.51

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re     **Nancy L Yang**                                                                                , Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**THE NORTH CAROLINA LUMBER CO.**<br>**P.O.BOX 340**<br>**Randleman, NC 27317** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**The Roll Hill Co**<br>**P.O BOX 403058**<br>**Atlanta, GA 30384-3058** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**THOMASVILLE FURNITURE INDUSTRIES, INC.**<br>**P.O. BOX 75120**<br>**Charlotte, NC 28275** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Tian Jin Yong Ye Furniture Co. LTD**<br>**No. 1 Tangyan Road Fuyuan Economic Area**<br>**WuQing, Tianhin,, China 301701** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 1,682.60 |
| Account No.<br><br>**TIRE TOWN - NORTH**<br>**447 S COUNTY LINE RD**<br>**Franklin Park, IL 60131** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __61__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,682.60

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a** <br><br> **Total International** <br> **c/o Howard Samuels** <br> **350 N. LaSalle, Ste. 1100** <br> **Chicago, IL 60610** | - | | | **n/a** <br> **This is scheduled for protective reasons, in the off chance that the corporation may assert a claim against the Debtor, and to give notice to the assignee.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **TOYOTA FINANCIAL SERVICES** <br> **COMMERCIAL FINANCE DEPT 2431** <br> **Carol Stream, IL 60132-2431** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 3,176.30 |
| Account No. <br><br> **Trade Masters,LLC** <br> **665 HWY 74 S., SUITE 800** <br> **Peachtree City, GA 30269** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Trend Lighting Corp.** <br> **4821 4th Street** <br> **Irwindale, CA 91706** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Trust Air Cargo (USA) Co.** <br> **1360 N. Wood Dale Road., # 1** <br> **Wood Dale, IL 60019** | | | | **2005 - 2007** <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 4,969.85 |

Sheet no. __62__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,146.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                                      ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2005 - 2007 | | | | |
| **TUPELO FURNITURE MKT, INC.** 1879 N. COLEY RD. Tupelo, MS 38801 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| **UM3321/5539** P.O. BOX 15153 Wilmington, DE 19886-5153 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| **UNICARE HEALTH INSURANCE** P.O.BOX 0797 Carol Stream, IL 60132-0797 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| **UNITED MILAGE 5395** P. O. BOX 15153 Wilmington, DE 19886-5153 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| **UNITED STATE TREASURY** P.O. BOX 70503 Charlotte, NC 28201-0503 | | | | Debt of Total International; disputed as to personal liability only. | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __**63**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UNITED STATES POSTAL SERVICE SCHILLER PARK BRANCH Schiller Park, IL 60176-1959** | | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **United Weavers of America,Inc P.O.BOX 603, Dalton, GA 30722** | | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **United-American Insurance 311 S Arlington Heights Road Arlington Heights, IL 60005** | | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 4,616.00 |
| Account No. <br><br> **UNIVERSAL FURNITURE INTL. 4190 Eagle Hill Dr. High Point, NC 27265** | | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 170.00 |
| Account No. <br><br> **UPS LOCKBOX 577 Carol Stream, IL 60132-0577** | | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | <br><br><br> 71.37 |

Sheet no. __64__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,857.37

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nancy L Yang** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 3186**<br><br>**US BANK**<br>**PO Box 9487**<br>**Minneapolis, MN 55440-9487** | | | prior to May 2007<br>**Personal credit card used primarily to pay expenses of Total International.** | | | | 50,448.00 |
| Account No. **xxxx xxxx xxxx 6736**<br><br>**US Bank**<br>**P.O. Box 9487**<br>**Minneapolis, MN 55440-9487** | - | | prior to May 2007<br>**Corporate credit card used to pay expenses of Total International.  Disputed as to personal liability only.** | | | X | 28,258.00 |
| Account No.<br><br>**US CITIZENSHIP & IMMIGRATION SERVICES**<br>**75 LOWER WELDEN STREET**<br>**St. Albans, VT 05479** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**USF DUGAN, INC**<br>**PO BOX 964**<br>**Old Bridge, NJ 08857** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No.<br><br>**Vaughan Bassett Furniture Company**<br>**300 East Grayson Street**<br>**Galax, VA 24333** | | | 2005 - 2007<br>**Debt of Total International; disputed as to personal liability only.** | | | X | 2,008.53 |

Sheet no. __65__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **80,714.53**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nancy L Yang** _____,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Veolia ES Solid Waste <br> PO BOX  6484 <br> Carol Stream, IL 60197-6484** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 433.14 |
| Account No. <br><br> **VERICORE COLLECTON AGENCY <br> 1200 W. CAUSEWAY APPROACH <br> Mandeville, LA 70471** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **Village of Elk Grove <br> 901 Wellington Ave. <br> Elk Grove, IL 60007** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 265.62 |
| Account No. <br><br> **Vincent L. Levitt <br> PO BOX 1036 <br> Charlotte, NC 28201-1036** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |
| Account No. <br><br> **Vincent L. Levitt <br> 2571 Busse Road  SET# 307 <br> Elk Grove, IL 60007** | | | 2005 - 2007 <br> **Debt of Total International; disputed as to personal liability only.** | | | X | 0.00 |

Sheet no. __66__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   698.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____ ,   Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **Walker Edison furniture company** **2181 W. California Ave., Ste. 400** **Salt Lake City, UT 84104** | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **WANTECH INTERNATIONAL** **30873 SAN ANTONIO ST** **Hayward, CA 94544** | | | | | | | X | |
| | | | | | | | | 17,637.40 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **WESTPORT INSURANCE CORPORATION** **P.O. BOX 31004** **Tampa, FL 33631-3004** | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **WISEWAY TRANSPORTATION SERVICES** **NW5182 P.O.BOX 1450** **Minneapolis, MN 55485-5182** | | | | | | | X | |
| | | | | | | | | 2,571.06 |
| Account No. | | | | 2005 - 2007 Debt of Total International; disputed as to personal liability only. | | | | |
| **WOODCREST** **P.O. Box 848** **Peru, IN 46970** | | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __67__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,208.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nancy L Yang** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2005 - 2007 | | | | |
| WORLD JOURNAL CHICAGO 141-07 20TH STE 2FL Whitestone, NY 11357-6093 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| XO COMMUNICATIONS PO BOX 828618 Philadelphia, PA 19182-8618 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 0.00 |
| Account No. | | | | 2005 - 2007 | | | | |
| YU SAN HUANG 1025 CHARLELA LANE #404 Elk Grove, IL 60007 | | | | Debt of Total International; disputed as to personal liability only. | | | X | 1,413.96 |
| Account No. | - | | | May 2007 | | | | |
| Zong Min Zhao Unknown | | | | Has a wage claim arising from dishonor of last paycheck at Total International. Disputed as to personal liability only. No known address. | | | X | 800.87 |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __68__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,214.83 |
| | Total (Report on Summary of Schedules) | 3,266,226.93 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Nancy L Yang**                                                                 ,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Nancy L Yang**                                                                 ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randall Talan**<br>**3 Brookhaven Circle**<br>**Barrington, IL 60010**<br>   **Randall Talan has been making all mortgage payments since April 2007. Prior to that time, Mrs. Yang made some contributions to the mortgage payments.** | **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **Advantage National Bank**<br>**75 E. Turner Avenue**<br>**Elk Grove Village, IL 60007** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007**<br>   **Primary Debtor on account.** | **AMERICAN EXPRESS**<br>**P.O. BOX 360002**<br>**Ft. Lauderdale, FL 33336-0002** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **Seko Worldwide, LLC**<br>**PO Box 92170**<br>**Elk Grove Village, IL 60007** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **CHASE Bank USA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Total International, Inc.**<br>**1325 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | **CHASE Bank USA**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Nancy L Yang_____   Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed since May 2007** | **Attorney** |
| Name of Employer | **Unemployment Compensation** | **Randall Talan** |
| How long employed | | **1972** |
| Address of Employer | | **Menges & Molzahn LLC**<br>**20 N. Clark, Suite 2300**<br>**Chicago, IL 60602** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **15,417.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **15,417.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **1,157.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): **401(k) automatic deduction** | $ | **0.00** | $ | **1,000.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **2,157.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **13,260.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **250.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): **Unemployment Compensation** | $ | **1,504.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,504.00** | $ | **250.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,504.00** | $ | **13,510.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **15,014.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**The Debtor's unemployment benefits are $376 per week, and she received her first check for benefits for 2008 on July 26, 2008. These benefits will run out, per Illinois law, at some point during 2008. The Debtor had no income at all during 2008, other than the aforesaid unemployment compensation check.**

B6J (Official Form 6J) (12/07)

In re   **Nancy L Yang** _____   Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 0.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ 0.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 15,014.00 |
| b. | Average monthly expenses from Line 18 above | $ 13,348.00 |
| c. | Monthly net income (a. minus b.) | $ 1,666.00 |

B6J (Official Form 6J) (12/07)

In re   **Nancy L Yang** _____                    Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## (Spouse's Schedule)

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **4,292.00** |
|   a. Are real estate taxes included?     Yes ____     No **X** | |
|   b. Is property insurance included?     Yes ____     No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ **480.00** |
|       b. Water and sewer | $ **0.00** |
|       c. Telephone | $ **20.00** |
|       d. Other | $ **0.00** |
| 3. Home maintenance (repairs and upkeep) | $ **300.00** |
| 4. Food | $ **800.00** |
| 5. Clothing | $ **50.00** |
| 6. Laundry and dry cleaning | $ **20.00** |
| 7. Medical and dental expenses | $ **160.00** |
| 8. Transportation (not including car payments) | $ **400.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **150.00** |
| 10. Charitable contributions | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ **220.00** |
|       b. Life | $ **50.00** |
|       c. Health | $ **0.00** |
|       d. Auto | $ **128.00** |
|       e. Other  **Personal Umbrella and Long Term Healthcare** | $ **278.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|   (Specify)   **Quarterly estimated state & federal tax & FICA** | $ **6,000.00** |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|       a. Auto | $ **0.00** |
|       b. Other | $ **0.00** |
|       c. Other | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ **0.00** |
| 17. Other | $ **0.00** |
|   Other | $ **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **13,348.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Nancy L Yang**

                                   Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **85** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 4, 2008**

Signature   **/s/ Nancy L Yang**

                        **Nancy L Yang**
                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Nancy L Yang** _____   Case No. _____
                                    Debtor(s)   Chapter   **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$48,000.00** | **2006 - Wages from Total International** |
| **$8,000.00** | **2007 - Wages from Total International.** |
| **$0.00** | **2008 - Unemployed** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,441.00** | **2007 Unemployment Compensation** |
| **$752.00** | **2008 Unemployment Compensation** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Advantage Bank v. Total International Trading Co., Inc.** **2007 L 7906** | **Suit to collect note, guaranty liability, and alleged fraud. $1,904,179.43 principal sought.  Liability is disputed.** | **Circuit Court of Cook County, IL, Law Division** | **Case filed on July 17, 2007. Litigation is pending.** |
| **American Express Bank v. Yang** **08 M1 120507** | **Suit to collect on credit card debt of $104,786.06.** | **Circuit Court of Cook County, IL, Municipal Division** | **Case was just filed.  Debtor was served on July 7, 2008.** |
| **Seko Worldwide LLC v. Yang** **2007 L 4884** | **Suit to collect corporate debt of $108,644, disputed by debtor.** | **Circuit Court of Cook County, Law Division** | **Case is pending.** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bruce Dopke, Attorney at Law<br>P.O. Box 681246<br>Schaumburg, IL 60168-1246** | **$2,299.00 on June 29, 2007.  Also, we billed $323.00 on 11/29/07 (pd 12/24/07) and $364.00 on 3/10/08 (pd 4/23/08) for services relating to litigation pending against the debtor.** | **$2,299.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **American Chartered Bank<br>700 W. Euclid Road<br>Palatine, IL 60067** | **Money Market Account<br>xxx2177** | **$1,016.31 balance on May 1, 2008, transferred to checking.** |
| **JP Morgan Chase Bank, NA<br>P.O. Box 260180<br>Baton Rouge, LA 70826-0180** | **Checking account, -9495** | **Closed on August 21, 2007, with a disbursement of $14.82.** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

5

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Total International Trading Co., Inc.** | **4344** | **1325 Pratt Blvd. Elk Grove Village, IL 60007** | **Low-end furniture wholesaler.** | **Formed 1/17/90; made an assignment for benefit of creditors on May 22, 2007; dissolved June 13, 2008.** |
| **Total Furniture Accessories, Co.** | **presently unknown** | **1325 Pratt Blvd. Elk Grove Village, IL 60007** | **This business was originally intended to be an adjunct to Total International Trading Co., Inc., managing internet wholesale furniture and accessories sales.  The business never became viable.** | **Formed on June 14, 2005; involuntary dissolved on April 30, 2007.** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

7

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **William Grabowski** | **Did tax returns and financial statement** |
| **Accounting and Tax Consultants** | **review for Total International Trading** |
| **311 S. Arlington Heights Rd, Ste 102** | **Co. prior to December 2007.** |
| **Arlington Heights, IL 60005** | |
| | |
| **Howard Samuels** | **Received an Assignment for the Benefit** |
| **Rally Capital LLC** | **of Creditors of Total International** |
| **350 N. LaSalle, Ste. 1100** | **Trading Co., Inc. on May 23, 2007, and** |
| **Chicago, IL 60610** | **received all property of the company at** |
| | **that time, including all books, records,** |
| | **etc.** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                  ADDRESS             DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS           TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL             OR DESCRIPTION AND
                                                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    August 4, 2008             Signature    **/s/ Nancy L Yang**
                                                           **Nancy L Yang**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Nancy L Yang**

Debtor(s)

Case No.   _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Location: 3 Brookhaven Circle, South Barrington IL**<br><br>**Property purchased with husband as tenants in the entirety on June 22, 1998.** | **Wells Fargo Home Mortgage** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   August 4, 2008

Signature   **/s/ Nancy L Yang**

**Nancy L Yang**

Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Nancy L Yang**

Debtor(s)

Case No. _____

Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................    $ _____**2,299.00**

Prior to the filing of this statement I have received..................................................    $ _____**2,299.00**

Balance Due.................................................................................................................    $ _____**0.00**

2.    $ ___**299.00**___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

5.    ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **None. In addition to the foregoing amount, we charged the debtor $323.00 on Nov. 29, 2007 (pd 12/24/07) and $364 on March 10, 2007 (pd 4/23/08), for advice on litigation.**

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
b.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
c.    [Other provisions as needed]
    **None.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Also, due to the complexity of the Debtor's circumstances, representation of the Debtor at the 341 meeting, and the preparation of reaffirmtion agreements, if any, are subject to an additional fee.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 4, 2008

/s/ Bruce Dopke
**Bruce Dopke 3127052
Bruce Dopke, Attorney at Law
P.O. Box 681246
Schaumburg, IL 60168-1246
847-524-4811  Fax: 847-524-4131
bruce@dopkelaw.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | August 4, 2008 |
|---|---|
| **Bruce Dopke 3127052** | X **/s/ Bruce Dopke** |
| Printed Name of Attorney | Signature of Attorney          Date |

Address:
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**
**847-524-4811**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | August 4, 2008 |
|---|---|
| **Nancy L Yang** | X **/s/ Nancy L Yang** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| Case No. (if known) | X |
| | Signature of Joint Debtor (if any)      Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Nancy L Yang__                                        Case No. _____
                                               Debtor(s)           Chapter    __7__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **364**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 4, 2008
                                           **/s/ Nancy L Yang**
                                           **Nancy L Yang**
                                           Signature of Debtor

"K" Line Logistics (U.S.A.) Inc.
265 S. PROSPECT AVE.
Itasca, IL 60143


A&A OFFICE  MACHINES
545 TOLLGATE RD., SUITE A
Elgin, IL 60123


A&S Distribution Services, Inc
PO BOX 1036
Charlotte, NC 28201-1036


A.L.F. UNO S.P.A.
Strada maestra d'italia 32-31016 cordi
, Italy


AAMS Merchant Services
1231 Durett Lane
Louisville, KY 40213


Accent On Decorating
500 Harverster Ct. unit #7
Wheeling, IL 60090


Accord Financial, Inc.
P.O. BOX 6704
Greenville, SC 29606


ACCOUNTING & TAX CONSULTANTS
311 S ARLINGTON HTS RD  STE 102
Arlington Heights, IL 60005


ACME FURNITURE INDUSTRY
18895 E ARENTH AVE
City of Industry, CA 91748


ADT SECURITY SERVICES, INC
P.O. BOX 371967
Pittsburgh, PA 15250-7967


ADVANCE UNITED EXPRESS, INC.
4997 W. PERSHING RD.
Cicero, IL 60804

Advantage National Bank
75 E. Turner Avenue
Elk Grove Village, IL 60007


Affordable Furniture Manuf Co.
6496 Redland Sarepta Rd.
Houlka, MS 38850


Affordable Furniture Manuf Co.
P.O. Box 770299
Memphis, TN 38177-0299


Alca Design Ltd.
70 Bartor Road
Weston
Ontario M9M 2G5, Canada


ALEXANDER PRODUCTS
1965 W. PERSHING ROAD
Chicago, IL 60609


Alexian BrothersCorporate Health Service
25466 Network Place
Chicago, IL 60673-1254


ALVARO QUINTERO
1177 E 98 ST APT 4F
Brooklyn, NY 11236


American Eagles Furniture
107 Trumbull St. S-13
Elizabeth, NJ 07206


AMERICAN EXPRESS
P.O. BOX 360002
Ft. Lauderdale, FL 33336-0002


American Express
Box 0001
Los Angeles, CA 90096-0001


AMERICAN FURNITURE MANUFACTURING, INC
P.O. Box 974223
Dallas, TX 75397-4223

American Lighiting
800A Iowa Ave
Riverside, CA 92507


AMERICAN MIRROR COMPANY, INC
P.O. BOX 1277
Galax, VA 24333


American Overhead Door Inc.
2125 Hammond Drive
Schaumburg, IL 60173


Amini Innovation, Corp.
8725 Rex Road
Pico Rivera, CA 90660


AmSher Collection Serv.
600 Beacon Parkway W
Suite 300
Birmingham, AL 35209-3120


Anthony Karamuzis
Smith Amundsen LLC
150 N. Michigan, Ste. 3300
Chicago, IL 60601


Anthony of California, Inc.
4980 Eucalyptus Ave.
Chino, CA 91710


Apex Maritime Co. (ORD) Inc.
846 Foster Ave
Bensenville, IL 60106


ASHLEY FURNITURE INDUSTRIES
PO BOX 59665
Milwaukee, WI 53259-0665


Asia Direct Home Products, Inc.
7261 E. Slauson Ave.
Commerce, CA 90040


Atlantis Int'l Trading Co. Ltd
365 Patton Drive
Atlanta, GA 30336

ATLAS LIFT TRUCK
5050 N. RIVER ROAD
Schiller Park, IL 60176


Averitt Express Inc.
PO BOX 3145
Cookeville, TN 38502-3145


Azura
1029 boul. des Entreprises Ouest
Terrebonne
Quebec J6Y 1V2, Canada


B&A PLUMBING, INC.
946 W. Estes Court
Schaumburg, IL 60193


Bank Of America
P.O.BOX 60073
City of Industry, CA 91716-0073


Bank of America
c/o ARSI
555 St. Charles Drive, Ste. 100
Thousand Oaks, CA 91360


BANK ONE
P.O. BOX 15153
Wilmington, DE 19886-5153


BASSETT MIRROR CO.,INC
PO BOX 60756
Charlotte, NC 28260


BAX GLOBAL
DEPT. CH 10391
Palatine, IL 60055-0391


BEAU LEVINE ENT.
41500 BELLRIDGE BLVD  APT 223
Belleville, MI 48111


BEKINS VAN LINES
135 S. LaSalle, Dept. 1701
Chicago, IL 60674-1701

BELL PAPER PRODUCTS CO.
801-C Chase Ave.
Elk Grove, IL 60007-4836


BILL'S AUTO & TRUCK REPAIR
1216 RAND ROAD
Des Plaines, IL 60016


Blazing Needles L.P.
401 N Beach Street
Fort Worth, TX 76111


Blitt & Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090


Branch Banking & Trust Company
P.O. Box 890011
Charlotte, NC 28289-0011


BRASSOM INT'L (H.K.) CO.
NO. 131  SUNG CHIANG RD
Room #802
8FL
Taipei, Taiwan 000 ROC


Broyhill Furniture Industries, Inc
P.O.BOX 536753
Atlanta, GA 30353-6753


Bush Furniture
One Mason Drive  P.O. Box 460
Jamestown, NY 14702-0460


C.H.  ROBINSON WORLDWIDE, INC
PO BOX 9121
Minneapolis, MN 55480-9121


Caldwell Freight Lines, Inc
P.O. Box 1950
Lenoir, NC 28645

Capital Management Serv.
726 Exchange Street
Suite 700
Buffalo, NY 14210


Casanova Corp.
110-40 Dunkirk Street
Jamaica, NY 11412


CDS MOVING EQUIPMENT
375 W. Manville St.
Compton, CA 90220


CDS MOVING EQUIPMENT INC
700 PRATT BLVD
Elk Grove, IL 60007


CELLI TRUCK CENTER
PO Box 2257
Decatur, Alberta T2C 4N1 35609-2257


CHASE Bank USA
P.O. Box 15298
Wilmington, DE 19850-5298


CHASE Bank USA
PO BOX 15298
Wilmington, DE 19850-5298


CHASE CARD SERVICES
PO BOX 15298
Wilmington, DE 19850-5298


CHICAGO CHINESE NEWS
PO BOX 6309
The Lakes, NV 88901-6309


CHICAGO INDUSTRIAL TIRE
447 S. County Line Rd.
Franklin Park, IL 60131


CHICAGO TRIBUNE
P.O. BOX 6315
Chicago, IL 60680

China Shipping Container LIne
111 West Ocean Blvd, Suite 1700
Long Beach, CA 90802


CHOICE LITHOGRAPHICS
13363 MOLETTE STREET
Santa Fe Springs, CA 90670


CINGULAR WIRELESS
P.O. BOX 6428
Carol Stream, IL 60197-6428


CIT GROUP/ MASTER DESIGN
11 West 42nd Street
New York, NY 10036


Citi Aadvantage World
Box 6000
The Lakes, NV 89163-6000


Citi Cards CBSDNA
c/o Citi Corp
P.O. Box 6500
Sioux Falls, SD 57117-6500


Citibank S.D.
4500 New Linden Hill Road
Wilmington, DE 19808-2922


CitiBusiness
P.O. Box 44180
Jacksonville, FL 32231-4180


CLEMENTS REALTY
3031 SOUTH MAIN STREET
High Point, NC 27263


CNA INSURANCE
P.O. BOX 946220
Maitland, FL 32794-6220


COLLEZIONE EUROPA U.S.A. INC
145 CEDAR LANE  STE 200
Englewood, NJ 07631

COMED
BILL PAYMENT CENTER
Chicago, IL 60668-0001


Command Transportation, LLC
2633 Paysphere Circle
Chicago, IL 60674


COMMERCIAL CLEANSER CO
3920 WESLEY TERRACE
Schiller Park, IL 60176


CON-WAY TRANSPORTATION SERVICES INC
135 S LASALLE,DEPT. 2493
Chicago, IL 60674-2493


Concordia Furniture
11000 Parkway
Anjou
Quebec H1J 1R6, Canada


Corey B. Stern
The Chitkowski Law Offices
801 Warrenville Rd., Ste. 620
Lisle, IL 60532


CORINTHIAN INC.
P.O. BOX 1918
Corinth, MS 38835-1918


CORPORATE DATA SYSTEMS
P.O.BOX 6574
Woodland Hills, CA 91365


CORPORATE IMAGES
2252 190th Street
Surrey
BC V3S 3W7, Canada


Corsicana Bedding, Inc
P.O.BOX 1050
Corsicana, TX 75151

CRAMCO, INC.
2200 EAST ANN STREET
Philadelphia, PA 19134


CUMMINS-ALLISON CORP.
P.O. BOX 339
Mt. Prospect, IL 60056


Danny Rodriquez
Unknown


DEBARTOLO SPRING LTD.
1415 WESTON ROAD
Toronto
Ontario M6M 4S3, Canada


Defehr Furniture Company
125 Furniture Park
Winnipeg
MB $2G 1B9, Canada


DeFehr Furniture Ltd.
PO BOX 33440
Detroit, MI 48232


Dell Financial Services
P. O. Box 5292
Carol Stream, IL 60197-5292


DELUXE BUSINESS CHECKS AND SOLUTIONS
P.O. BOX 742572
Cincinnati, OH 45274-2572


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


DHL EXPRESS INC.
P.O. BOX 4723
Houston, TX 77210-4723


DICKINSON WRIGHT PLLC
1901 L STREET,NW, SUITE 800
Washington, DC 20036

DIRECT TRUCKING
2040 N MANNHEIM RD
Melrose Park, IL 60160


Diversified Consultants, Inc.
P.O. Box 1391
Southgate, MI 48195-0391


DOUBLE D EXPRESS INC
2930 May Road
Peru, IN 61354-0606


DUN & BRADSTREET
P.O. BOX 75434
Chicago, IL 60675-5434


DYNAMIC FURNITURE CORP.
5300-61st Avenue S.E.
Calgary
Alberta T2C 4N1, Canada


E.D. BREIT INC
3843 GREENWOOD ST
Skokie, IL 60076


E.H. HAMILTON TRUCKING
2612 WEST MORRIS STREET
Indianapolis, IN 46221-0427


EA Logistics
PO Box 66459
Chicago, IL 60666


East West Bank
c/o Milton Greens Stars
13828 Mountain Avenue
City of Chino, CA 91710


Eastern Smart Furniture Sdn Bhd
No. 24A, Lorong Rahim Kajai
14 Taman Tun Dr Ismail  60000
Kuala Lumpur, Malaysia

EBERHARDT & COMPANY, LTD.
2035 S ARLINGTON HEIGHTS RD  SUITE 117
Arlington Heights, IL 60005


Elam Mattress
5404 Hwy. 45 South
Selmer, TN 38375


ELITEGEN CORP
1300 IROQUOIS AVENUE  SUITE 115
Naperville, IL 60563


Enterprise Battery Corp
1807 W. Palm Drive
Mt. Prospect, IL 60056


EUCLID MANAGERS
234 SPRING LAKE DR
Itasca, IL 60143


EVERGREEN AMERICA CORPORATION
11734 SOUTH ELECTION DRIVE  SUITE 150
Draper, UT 84020


EXCELLENT ART MANUFACTURING CORP.
172 NORTH 10 STREET
Brooklyn, NY 11211


EXPEDITE AMERICA EXPRESS
P.O.BOX 66459  O'HARE FIELD
Chicago, IL 60666


Expeditors International of Washington
849 Thomas Drive
Bensenville, IL 60106


Expressions International
2424 Finch Avenue, West  Unit 18
Toronto
Ontario M9M 2E3, Canada


Fabio Ridolfi Ltd.
14400 McNulty Road Suite #2
Philadelphia, PA 19154

Fairmont Design
P.O.BOX 31001-1679
Pasadena, CA 91110-1679


Fairmout Design
6101 Knott Ave
Buena Park, CA 90620


FBM Express
55 Buck Road
Huntington Valley, PA 19006


FD SALES
12840 SHAWNEE RD
Palos Heights, IL 60463


FEDEX
2005 Corporate Plaza
memphis, TN 38132


Fedex Freight East
4103 Collection Center Drive
Chicago, IL 60693


FRONTLINE TRANSPORTATION CO.
1881 COMMERCE DR., SUITE 108
Elk Grove, IL 60007


Furniture Basics
17588 E. Rowland St.  Suite A-289
City of Industry, CA 91748


FURNITURE TODAY
PO BOX 16327
North Hollywood, CA 91615-6327


Fuya Children Furniture (HK) Limited
The 8th Industrial Zone
jinshan mgt dis
Chashan Town
Donggu, Gunagdong, PR China

Fy Lifestyle Inc.
FY Lifestyle Inc. MBE# 162
176-25 Union Turnpike
Fresh Meadows, NY 11366


Galiant Business Solutions
1N321 Morse Street
Carol Stream, IL 60188


GALLA & ASSOCIATES CPAs
2035 S. Arlington Heights Road  Suite 12
Arlington Heights, IL 60005-4522


GENERAL DIESEL
2200 WEST HIGGINS ROAD
Elk Grove, IL 60007


GENERAL FURNITURE DESIGN
711 EAST 59TH STREET
Los Angeles, CA 90001


Geo Logistics Americas Inc, ORD
5496 PAYSPHERE CIR
Chicago, IL 60674


GEORGE'S AUTOMOTIVE
540 E. ALGONQUIN ROAD
Des Plaines, IL 60016


GLOBAL BRILLIANT LOGISTICS CORP.
343 N. WOOD DALE ROAD  SUITE 102
Wood Dale, IL 60191


GLOBALCOM INC.
4070 PAYSPHERE CIRCLE
Chicago, IL 60674-0040


Gold Coast Freightways, Inc
12250 N. W. 28th Ave.
Miami, FL 33167


Golden Cavalier
4628 Mission Blvd.
Montclair, CA 91763

GREENGRASS FURNISHINGS, CO.
19395 E. WALNUT DR.
City of Industry, CA 91748


GUANGZHOU MODERN HOME FURNITURE
NO 31, RENHE AVE.  RENHE TOWN
BAIYUN DISTRICT
GUANGZHOU 510470, China


HAMILTON & SPILL FURNITURE GROUP
UNIT #1,13331 VULCAN WAY
Richmond
BC V6V 1K4, Canada


HARRIS BANK WINNETKA
520 GREEN BAY ROAD
Winnetka, IL 60093


HARRIS N.A.
P.O. BOX 6201
Carol Stream, IL 60197


HIGDON FURNITURE COMPANY
P.O. BOX 1739
Quincy, FL 32353-1739


HINCKLEY SPRING WATER COMPANY
P.O.BOX 660579
Dallas, TX 75266-0579


HITACHI CAPITAL AMERICA CORP.
21925 NETWORK PLACE
Chicago, IL 60673-1219


Holland House
P.O.BOX 361390
Indianapolis, IN 46235


HOLLAND SPECIAL DELIVERY
3068 Highland Drive
Hudsonville, MI 49426


HOME BEST INT'L INC.
4701 S. SANTA FE AVENUE
Vernon, CA 90058

HOME DEPOT
901 CIVIC DRIVE
Niles, IL 60714


HOME STYLES
P.O. BOX 663884
Indianapolis, IN 46266-3884


HSBC Business Credit (USA) Inc
P.O. Box 4144
Grand Central Station
New York, NY 10163


HSBC Business Credit USA Inc.
Dept. 49441
Los Angeles, CA 90088


HUB Group Inc
33773 TREASURY CTR
Chicago, IL 60694-3700


I.D.E.S.
P.O. BOX 803412
Chicago, IL 60680-3412


IBC CUSTOMS BROKERAGE, INC.
2571 BUSSE RD  SUITE 310
Elk Grove, IL 60007


ICBC LOAN INTEREST
2 N LASALLE STREET  SUITE 1803
Chicago, IL 60602


ID USA Furniture Distributor
6623 E. Washington Blvd
Commerce, CA 90040


Illinois Attorney General
Revenue Litigation Division
100 W. Randolph St., 13th Floor
Chicago, IL 60601


ILLINOIS DEPARTMENT OF REVENUE
P.O. BOX 19045
Springfield, IL 62794-9045

Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


ILLINOIS DEPT. OF REVENUE
P. O. BOX 88294
Chicago, IL 60680-1294


ILLINOIS MATERIAL HANDLING
PO BOX 68-9647
Milwaukee, WI 53268-9647


ILLINOIS SECRETARY OF STATE
501 S 2ND ST RM 591
Springfield, IL 62756-7200


ILLINOIS STATE TOLL HIGHWAY AUTHORITY
135 S. LaSalle Department 8021
Chicago, IL 60674-8021


Indian Reporter and World News
7008 N Western Ave
Chicago, IL 60645


INDUSTRIAL DOOR COMPANY OF CHICAGO, INC.
2351 BRICKVALE DRIVE
Elk Grove, IL 60007


INDUSTRIALSTAFFING SERVICES INC
1267 HAMILTON PARKWAY
Itasca, IL 60143


Internal Revenue Service
200 W. Adams
Chicago, IL 60606


INTERNATIONAL FURNITURE CO
4825 DISTRICT BOULEVARD
Vernon, CA 90058


Jaffe & Asher
600 Third Avenue
New York, NY 10016-1901

JAMES A LEWIS
110 E BELOIT
Salina, KS 67401


JAMES FRANCOEUR
8912 STEVEN DR
Des Plaines, IL 60016


JAMES RUSSELL
620 DORRIS HTS RD
Harrisburg, IL 62946


JAY C HOGG
1503 LAUREL
Sleepy Hollow, IL 60118


JEFFREY A. KUBRICK
162 STRATFORD SOUTH
Roslyn Heights, NY 11577


JEWEL OSCO
1500 S LEE ST
Des Plaines, IL 60016


Jin Ping Yang
4027 Wesley Terrace
Schiller Park, IL 60176


JOHN OBERMIER
230 MICHGAN
St. Joseph, MO 64504


JOHNSON, MORGAN & WHITE TRUST ACCOUNT
6800 BROKEN SOUND PARKWAY  #201
Boca Raton, FL 33487-2788


JUC OCEAN EXPRESS INC.
3380 FLAIR DRIVE #234
El Monte, CA 91731


K Line Logistics INC.
265 S. Prospect Ave.
Itasca, IL 60143

K.C. TRUCK & TRAILER SERVICE
265 WILLE ROAD
Des Plaines, IL 60018


KASHII INDUSTRIAL CORP.
No.7, Section 3 Ren-Ai Rd.
Tan-Tzu Hs
TAICHUNG, 42751, TAIWAN


KEITH C KATSULEAS
12 PEMBROKE LANE
Oak Brook, IL 60523


KEITH GEORGE
16 RIVER DRIVE
Granite Falls, NC 28630


KENSINGTON FURNITURE
6496 REDLAND SARPETA ROAD
Houlka, MS 38850


Kinwai Usa
2841 Faber St
Union City, CA 94587


KUEHNE & NAGEL
P.O. BOX 21463
Chicago, IL 60673-1214


L & P FINANCIAL SERVICES
C / O US BANK P.O. BOX 952092 -
St. Louis, MO 63195-2092


La Raza
PO Box 790410
St. Louis, MO 63179-0410


LABOR TEMPS, INC.
2147 N. Western Ave.
Chicago, IL 60647


LARRY SPAYTH
794 BIRGHAM PLACE
Lake Mary, FL 32746

LARRY T. MOORE
793 DORGENE LANE
Cincinnati, OH 45244


Lathem Time System Co.
200 Selig Drive SW
Atlanta, GA 30336


LENO STRACUZZI
1328 HOLBROOK ST NE
Washington, DC 20002


LightUp America, Inc.
1310 Johnson Drive
City of Industry, CA 91745


Ligo Products Inc
9100 W. 191st Street
Mokena, IL 60448


LIN YU
3100 S MICHIGAN AVE APT 401
Chicago, IL 60616


LOUIS LLOYD
P.O. BOX 146
Wartburg, TN 37887


M. E. Gallery
2420 Grand Ave.  Suite B
Vista, CA 92083


M.A.C. FREIGHT SERVICES, INC.
599 Washington street
Ishpeming, MI 49849


Madison Freight Systems
900 Uniek Drive
Waunakee, WI 53597


MAGNUSSEN HOME FURNISHINGS INC
PO BOX 16168
High Point, NC 27261

MAP TRANSPORTATION
2575 American Lane
Elk Grove, IL 60007


MARATHON ASHLAND PETROLEUM LLC
P.O. BOX 740109
Cincinnati, OH 45274-0109


March Furniture Mfg., Inc.
Ramseur, NC 27316


MARIA TAI, CPA
1048 WEST ARGYLE Street
Chicago, IL 60640


MARINE TERMINALS CORPORATION
901 PORT OF TACOMA ROAD
Tacoma, WA 98421


MARKET HOUSING
3031 SOUTH MAIN STREET
High Point, NC 27263


MAX-WIN INTERNATIONAL INC.
5500 E. SLAUSON AVE.
Commerce, CA 90040


Menards
740 EAST RAND ROAD
Mount Prospect, IL 60056


MERCHANDISE MART PROPERTIES INC.
305 West High St.
High Point, NC 27260


METRO FINANCIAL SERVICES
P.O. BOX 970817
Dallas, TX 75397-0817


MICHAEL JAKO
8442 W 45TH ST
Lyons, IL 60534

MICHAEL MACKEY
120 PUEBLO CT.
Frankfort, IL 60423


MICHAEL MORE
560 THORNMEADOW
River Woods, IL 60015


MICHELS & COMPANY
2828 BUTLER AVE.
Lynwood, CA 90262-4006


Mid-America Overseas, Inc
P.O. Box 4527
Carol Stream, IL 60122


MID-AMERICA OVERSEAS, INC.
1151 N. Wood Dale Road
Wood Dale, IL 60191


MIGUEL A VELAZQUEZ
2302 N KEDVALE ST
Chicago, IL 60639


MIKE MALONE
1323 ROAD 41
Tupelo, MS 38801


MIRROR DYNAMICS LTD., INC
750 SOUTH 13TH STREET
Newark, NJ 07103


MMPI, INC.
1990 Paysphere Circle
Chicago, IL 60674-1990


MONARCH SPECIALITES
2328 RUE COHEN ST.
Ville St-Laurent
Quebec H4R 2N8, Canada


Mr. Charles Mintz
C2C Resources, LLC
56 Perimeter Center East
Atlanta, GA 30346

Mubleria Rodriguez
1916 N. Whipple
Chicago, IL 60647


Najarian Furniture Co., LA
17560 E. Rowland St.
City of Industry, CA 91748


NATIONAL SCALE INC./ INDEPENDENT DEALER/
1099 BROWN STREET  UNIT 206
Wauconda, IL 60084


NATIONAL XPRESS LOGISTICS
222 SOUTH EASTON RD
Glenside, PA 19001


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
P.O. Box 4909
Dept. 22
Trenton, NJ 08650-4909


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NELSON WESTERBERG OF IL, INC.
75 REMITTANCE DR., STE. 1200
Chicago, IL 60675-1200


NES
29125 Solon Road
Solon, OH 44139-3442


NEW HAVEN MOVING EQUIPMENT
1110 WEST FULLERTON AVE
Addison, IL 60101


NEWTON TRANSPORATION COMPANY, INC.
P.O. BOX 649
Hudson, NC 28638

NEXTEL COMMUNICATIONS
P.O. BOX 4191
Carol Stream, IL 60197-4191


NICE GUYS TRUCKING, INC.
P.O.BOX 453
Medinah, IL 60157-0453


NICOR GAS
PO BOX 310
Aurora, IL 60507-0310


Nolan Garza
Unknown


NOOR DISTRIBUTION
5921 W. ROOSEVELT RD.
Cicero, IL 60804


Nordstrom Bank
P.O. Box 79137
Phoenix, AZ 85062-9137


NORTHWEST MACK
10328 BELLE PLAINE AVENUE
Schiller Park, IL 60176-1899


O'Connor-Ravell Assoc.
20 Waverly Place
Madison, NJ 07940


O'SULLIVAN INDUSTRIES
P.O.BOX 30112
New York, NY 10087-0112


Oakdale Decor Inc.
375 Canarctic Dr.,
Toronto
Ontario M3J 2P9, Canada


Occupational Safety and Health
365 Smoke Tree Plaza
North Aurora, IL 60542

OEC Shipping Los Angeles Inc.
5777 W Century BLVD suite#750
Los Angeles, CA 90045


OFFICE DEPOT
1670 LANDMEIER ROAD
Elk Grove, IL 60007


OFFICE MAX 203
1450 EAST GOLF ROAD
Schaumburg, IL 60173


OFFICE MAX INC
4747 NORTH HARLEM AVE
Harwood Heights, IL 60656


Office of the US Attorney
219 S. Dearborn Street
5th Floor
Chicago, IL 60604


OFFICEMAX    #552
300 BUSSE RD
Elk Grove, IL 60007


OIKIA LLC
10871 NW 52nd Street, Unit 5
Sunrise, FL 33351


OIKIA, NEW JERSEY
8 Elkins Road
East Brunswick, NJ 08816


ONTRACK DATA RECOVERY INC
9023 COLUMBINE ROAD
Eden Prairie, MN 55347


Onyx Waste Services, Inc
8246 INNOVATION WAY
Chicago, IL 60682


OVERNITE TRANSPORTATION COMPANY
P.O.BOX 79755
Baltimore, MD 21279-0755

Panalpina, Inc
800 Arthur Avenue
Elk Grove, IL 60007


PEACE  INTERNATIONAL CORP
831 FOSTER AVE.
Bensenville, IL 60106


PEYYEN INTERNATIONAL CORP.
1125 E. Lanzit Ave.
Los Angeles, CA 90059


Plaza Associates
JAF Station
PO Box 2769
New York, NY 10116-2769


POUNDEX ASSOCIATES CORP
21490 Baker Parkway
City of Industry, CA 91789


PRICE PC
7093 NORTH BARRY STREET
Rosemont, IL 60018


Pricepc.com
7093 N. Barry Street
Rosemont, IL 60018


Prime Design
1256 ROAD 931
Tupelo, MS 38804


PROGRESSIVE FURNITURE
502 Middle St. PO Box 308
Archbold, OH 43502


PROLOGIS
P.O. BOX 91126
Chicago, IL 60693


QUILL
P.O. BOX 94081
Palatine, IL 60094-4081

QWEXPRESS
13158 COLLECTIONS CENTER
Chicago, IL 60693


R&L CARRIERS, INC
PO BOX 713153
Columbus, OH 43271-3153


Rainbow Glass & Trim
31 Monaco Road
Roselle, IL 60172-1956


Randall Talan
3 Brookhaven Circle
Barrington, IL 60010


Receivables Control Corp.
7373 Kirkwood Court
Suite 200
Osseo, MN 55369


RELATED PRODUCTS
P.O.BOX 812
Bensenville, IL 60106-7204


ROADWAY EXPRESS
P. O. BOX 93151
Chicago, IL 60673


ROMANO PRINTING COMPANY, INC.
35 BLECKE AVENUE
Addison, IL 60101


ROSMAN COMPUTING
680 NORTH GREEN STREET  SUITE 708
Chicago, IL 60622


ROYAL OFFICE PRODUCTS
P.O.BOX 2403
Bedford Park, IL 60499-2403


SAM'S CLUB
P.O. BOX 530942
Atlanta, GA 30353-0942

Sams Club
P.O. BOX 9001907
Louisville, KY 40290-1907


SANDBERG FURNITURE
File 57168
Los Angeles, CA 90074-6521


Sangiorgio (Ideaitalia)
30 Camptown Road
Maplewood, NJ 07040


SECRETARY OF STATE
501 S 2ND STREET
Springfield, IL 62756-5510


SECRETARY OF STATE LICENSE RENEWAL
3701 WINCHESTER ROAD
Springfield, IL 62707-9700


Seko Worldwide, LLC
PO Box 92170
Elk Grove Village, IL 60007


SERA INT'L LTD.
15700 DON JULIAN RD.
City of Industry, CA 91745


SERVICE FIRE EQUIPMENT
1425 LOUIS AVE
Elk Grove, IL 60007


Shanghai ACE Furniture Co., Ltd
109 Jiancao Road
Shanghai, 201109, China


Shayben International
P.O. Box 4959
Buffalo Grove, IL 60089


SHELBA D JOHNSON TRUCKING, INC.
P.O.BOX 33489
Charlotte, NC 28233-3489

SHOUNG HOU INT'L
16801-A GALE AVE.
City of Industry, CA 91745


Shull Transport LLC
225 4th street NW
Hickory, NC 28601


Silver Furniture Co., INC
2742 Hancock st.  P.O.BOX 3820
Knoxville, TN 37927-3820


SIR SPEEDY
3941 NORTH 25TH AVENUE
Schiller Park, IL 60176


SOUTH SHORE INDUSTRIES LTD
6168 RUE PRINCIPALE
Sainte-Croix
Quebec GOS 2HO, Canada


SOUTHERLAND, INC.
PO BOX 890876
Charlotte, NC 28289-0876


SOUTHWESTERN MOTOR TRANSPORT, INC.
P.O.BOX 47906
San Antonio, TX 78265-7906


STANDARD FURNITURE MFG. CO., INC.
801 HIGHWAY 31 SOUTH
Bay Minette, AL 36507


STATE FARM
P.O. BOX 680001
Dallas, TX 75368-0001


Stein & Rotman
105 W. Madison Street
Chicago, IL 60602-4672


Sterling Sleep Products
4107 W KINZIE ST
Chicago, IL 60624

STEVE'S AUTO & TRUCK REPAIR
2800 E HIGGINS RD
Elk Grove, IL 60007


Steven H. Kuh, PC
One N. Franklin Street
Suite 650
Chicago, IL 60606


Stylecraft Home Collection
P.O.BOX 74358
Cleveland, OH 44194-4358


SURE BAGS INC.
3250 S. KEDZIE AVE.
Chicago, IL 60623


SWANEE LUMBER SALES, INC.
114  TURNER AVENUE
Elk Grove, IL 60007


Symbol Marrress company
1100 South 12th Street
Watertown, WI 53094


Synter Resource Group
5935 Rivers Ave.
Suite 102
Charleston, SC 29406


T-MOBILE
P.O. BOX 790047
Saint Louis, MO 63179-0047


Talan & Ktsanes
300 W. Adams
Suite 840
Chicago, IL 60606


TEC MATERIAL HANDLING CORP.
440 KAY AVENUE
Addison, IL 60101-4905

The Bedding Group, Inc
2350 Fifth Street
Rock Island, IL 61201


The CIT Group
P.O. Box 1036
Charlotte, NC 28201-1036


THE CIT GROUP / EF
FILE #55603
Los Angeles, CA 90074-5603


The Custom Companies, Inc
317 West Lake Street
Northlake, IL 60164


THE NORTH CAROLINA LUMBER CO.
P.O.BOX 340
Randleman, NC 27317


The Roll Hill Co
P.O BOX 403058
Atlanta, GA 30384-3058


The Shindler Law Firm
1990 E. Algonquin Road
Suite 180
Schaumburg, IL 60173


THOMASVILLE FURNITURE INDUSTRIES, INC.
P.O. BOX 75120
Charlotte, NC 28275


Tian Jin Yong Ye Furniture Co. LTD
No. 1 Tangyan Road Fuyuan Economic Area
WuQing, Tianhin,, China 301701


TIRE TOWN - NORTH
447 S COUNTY LINE RD
Franklin Park, IL 60131


Total International
c/o Howard Samuels
350 N. LaSalle, Ste. 1100
Chicago, IL 60610

Total International, Inc.
1325 Pratt Blvd.
Elk Grove Village, IL 60007


TOYOTA FINANCIAL SERVICES
COMMERCIAL FINANCE DEPT 2431
Carol Stream, IL 60132-2431


Trade Masters,LLC
665 HWY 74 S., SUITE 800
Peachtree City, GA 30269


Trend Lighting Corp.
4821 4th Street
Irwindale, CA 91706


Trust Air Cargo (USA) Co.
1360 N. Wood Dale Road., # 1
Wood Dale, IL 60019


TUPELO FURNITURE MKT, INC.
1879 N. COLEY RD.
Tupelo, MS 38801


UM3321/5539
P.O. BOX 15153
Wilmington, DE 19886-5153


UNICARE HEALTH INSURANCE
P.O.BOX 0797
Carol Stream, IL 60132-0797


United Collection Bureau
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


UNITED MILAGE 5395
P. O. BOX 15153
Wilmington, DE 19886-5153


UNITED STATE TREASURY
P.O. BOX 70503
Charlotte, NC 28201-0503

UNITED STATES POSTAL SERVICE
SCHILLER PARK BRANCH
Schiller Park, IL 60176-1959


United Weavers of America,Inc
P.O.BOX 603,
Dalton, GA 30722


United-American Insurance
311 S Arlington Heights Road
Arlington Heights, IL 60005


UNIVERSAL FURNITURE INTL.
4190 Eagle Hill Dr.
High Point, NC 27265


UPS
LOCKBOX 577
Carol Stream, IL 60132-0577


US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


US BANK
PO Box 9487
Minneapolis, MN 55440-9487


US Bank
P.O. Box 9487
Minneapolis, MN 55440-9487


US CITIZENSHIP & IMMIGRATION SERVICES
75 LOWER WELDEN STREET
St. Albans, VT 05479


USF DUGAN, INC
PO BOX 964
Old Bridge, NJ 08857


Vaughan Bassett Furniture Company
300 East Grayson Street
Galax, VA 24333

Veolia ES Solid Waste
PO BOX 6484
Carol Stream, IL 60197-6484


VERICORE COLLECTON AGENCY
1200 W. CAUSEWAY APPROACH
Mandeville, LA 70471


Village of Elk Grove
901 Wellington Ave.
Elk Grove, IL 60007


Vincent L. Levitt
PO BOX 1036
Charlotte, NC 28201-1036


Vincent L. Levitt
2571 Busse Road  SET# 307
Elk Grove, IL 60007


Walker Edison furniture company
2181 W. California Ave., Ste. 400
Salt Lake City, UT 84104


WANTECH INTERNATIONAL
30873 SAN ANTONIO ST
Hayward, CA 94544


Watkins & McNeilly
214 Second Ave. North
Suite 300
Nashville, TN 37201-1638


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


WESTPORT INSURANCE CORPORATION
P.O. BOX 31004
Tampa, FL 33631-3004


WISEWAY TRANSPORTATION SERVICES
NW5182  P.O.BOX 1450
Minneapolis, MN 55485-5182

WOODCREST
P.O. Box 848
Peru, IN 46970


WORLD JOURNAL CHICAGO
141-07 20TH STE 2FL
Whitestone, NY 11357-6093


XO COMMUNICATIONS
PO BOX 828618
Philadelphia, PA 19182-8618


YU SAN HUANG
1025 CHARLELA LANE #404
Elk Grove, IL 60007


Zane M. Cohn & Assoc. PC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601


Zong Min Zhao
Unknown